AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD C. WOJEWODZKI,
 Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CONSOLIDATED FREIGHTWAYS, INC.
 Defendant

CASE NUMBER: 1:01-CV-285
Judge Rambo
Mag. Judge Smyser

TO: (Name and address of defendant)

(SEE COMPLT.)

FILED
MAR 21 2001
PER _____
HARRISBURG, PA.    DEPUTY CLERK

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence S. Markowitz, Esq.
Markowitz and Krevsky, P.C.
208 E. Market Street P.O. Box 392
York, Pa 17405
(717) 843-2876

an answer to the complaint which is herewith served upon you, within ___(20) Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea, Clerk
CLERK

February 14, 2001
DATE

_George T. Gardner_
(BY) DEPUTY CLERK George T. Gardner

## WAIVER OF SERVICE OF SUMMONS

TO:   Lawrence S. Markowitz, Esquire
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of Richard C. Wojewodzki vs. Consolidated Freightways, Inc. which is case number 1:01-CV-285 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 2/22/01 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

2-28-2001
Date

Signature

Printed/Typed Name: Kim M. Mingo

Title if any: Labor & Employment Counsel

Address: 16400 S.E. CF Way

Vancouver, WA 98683

For Corporation, if any: Consolidated Freightways, Inc.

Representing defendant(s) if any: _____