IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. WOJEWODZKI, | : | CIVIL ACTION NO. 1:CV 01-285 |
| Plaintiff | : | |
| v. | : | JUDGE SYLVIA H. RAMBO |
| CONSOLIDATED FREIGHTWAYS, INC., | : | |
| Defendant | : | JURY TRIAL DEMANDED |

**CONSOLIDATED FREIGHTWAYS CORPORATION'S AMENDED MOTION
TO DISMISS OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT**

Consolidated Freightways Corporation of Delaware (hereinafter "CF"), by its attorneys, hereby moves, pursuant to Rules 12(b)(6) and 56(b) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Complaint or, alternatively, for an order entering judgment in its favor. In support of this motion, CF states as follows:

1. On February 14, 2001, Plaintiff commenced this action by filing his Complaint.

2. Plaintiff asserts his claim against CF under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq ("ADEA") (Count I).

3. Plaintiff, age 56, bases his claim on the assertions that he was demoted because of his age and that he was replaced by a substantially younger person. Compl., at ¶ 13.

4. Plaintiff's replacement was James M. Kot, age 51. See Declaration of Jeff Rice, attached as Exhibit 1.

5. CF hereby moves to dismiss Plaintiff's Complaint in its entirety, pursuant to Fed. R. Civ. Pro. 12(b)(6), for failure to state a claim upon which relief may

be granted. Plaintiff cannot establish a *prima facie* case, as Mr. Kot, Plaintiff's replacement, is not substantially younger than Plaintiff, as defined by the Third Circuit Court of Appeals. See Narin v. Lower Merion School District, 206 F.3d 323 (3d Cir. 2000).

      6.    CF sets forth its arguments in support of this motion in their supporting Memorandum of Law which will be filed within the time prescribed by Local Rule 7.5 of the United States District Court for the Middle District of Pennsylvania.

Respectfully submitted,



VINCENT CANDIELLO
G. SCOTT PATERNO
One Commerce Square
417 Walnut Street
Harrisburg, PA  17101-1904
717.237.4000

Of Counsel:

    **MORGAN, LEWIS & BOCKIUS LLP**

Dated:  May 2, 2001

1-HA/93776.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. WOJEWODZKI, | CIVIL ACTION NO. 1:CV 01-285 |
| Plaintiff | |
| v. | JUDGE SYLVIA H. RAMBO |
| CONSOLIDATED FREIGHTWAYS, INC., | |
| Defendant | JURY TRIAL DEMANDED |

### DECLARATION OF JEFF RICE

I, Jeff Rice, state that I am an adult who is competent to testify to the matters herein and that the matters herein are within my personal knowledge:

1. In July of 1999, James Kot was promoted to Regional Dispatch Manager.

2. Mr. Kot replaced Richard C. Wojewodzki, A/K/A Dick Ski.

3. Mr. Kot's birthday is 6/17/49.

4. Attached hereto as Exhibit A is a true and accurate copy of the "Employee Change Notification" that expressly designates Mr. Kot as Mr. Wojewodzki's replacement.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
JEFF RICE

5/2/01
DATE

1-HA/93914.1

09/14/2000  15:03    7172400...

# EMPLOYEE CHANGE NOTIFICATION

**EXHIBIT 2**

EFFECTIVE DATE: 6/13/99

| TODAYS DATE | COMPANY NAME | EMPLOYEE # |
|---|---|---|
| 07/14/1999 | | 00187 |
| SSN # 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 | Consolidated Frtwys Co of DE | |

## COMPUTER PRINT SECTION

| NAME(LAST) | MI | LEGAL FIRST NAME |
|---|---|---|
| Kot | M | James |

ADDRESS LINE 1: 7 Westwood Ct
CITY: York   STATE: PA   ZIP CODE: 17402
HOME PHONE: 078422981   SEX: M   MARITAL STATUS: Married   FIRST DAY WORKED: 01/25/1999

## HAND PRINT SECTION

| NAME(LAST) | MI | LEGAL FIRST NAME |
|---|---|---|
| KOT | M | JAMES |

ADDRESS LINE 1: 7 Westwood Ct
CITY: York   STATE: PA   ZIP CODE: 17402
HOME PHONE: —   SEX: M   MARITAL STATUS: M   FIRST DAY WORKED: 1/25/99

ACTION/REASON CODE: Promo

### ACTION/REASON CODE MUST BE SHOWN HERE
REFER TO MIDS SCREEN '190C' FOR INSTRUCTIONS ON ACTION REASONS

| UNIT | DEPT/LOC | JOB CODE | JOB TITLE |
|---|---|---|---|
| 30 | CLP/CLP | 2172 | LineSpv I |

PHYSICAL LOCATION OF EMPLOYMENT – if other than dept/loc

EMP STATUS: Regular / Full-time

EMP STATUS: ☐ RETURNING TO WORK  ☐ TO REG. FULL TIME  ☐ TO REG. PART TIME  ☐ TO SUPPLEMENTAL  ☐ TO LIGHT DUTY

HOURLY RATE/WEEKLY SALARY: 1,030.00
NEW HRLY RATE/WEEKLY SALARY: 1355.00/wk

ANNIVERSARY DATE: 01/25/1999

LOCAL TAX: Workers Comp  Carlisle Borough  Carlisle Borough

REMARKS: Has Been Promoted To Regional Dispatch Manager And Will be Replacing Dick Ski[...]

APPROVALS: [signature] Jeffrey L. [...] 9/13/99

IF FEDERAL AND/OR STATE TAX WITHHOLDING STATUS IS DESIRED, COMPLETE W4 WITHHOLDING STATEMENT AND FORWARD TO PAYROLL

PLACE PHOTOCOPY OF COMPLETED FORM IN EMPLOYEES PERSONNEL FILE

04789

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. WOJEWODZKI, | : | CIVIL ACTION NO. 1:CV 01-285 |
| Plaintiff | : | |
| v. | : | JUDGE SYLVIA H. RAMBO |
| CONSOLIDATED FREIGHTWAYS, INC., | : | |
| Defendant | : | JURY TRIAL DEMANDED |

## CERTIFICATE OF NONCONCURRENCE

I, Vincent Candiello, hereby certify that on April 27, 2001, Plaintiff's counsel advised me that Plaintiff would not concur in Consolidated Freightways Corporation of Delaware's Motion to Dismiss or, Alternatively, Motion for Summary Judgment.

_____
VINCENT CANDIELLO

1-HA/93776.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Consolidated Freightways Corporation's Amended Motion to Dismiss Plaintiff's Complaint or Alternatively, Motion for Summary Judgment has been served via U.S. Mail, postage prepaid, on this **2nd day of May, 2001**, upon the following:

>Lawrence L. Markowitz, Esquire
>Markowitz & Krevsky, P.C.
>208 E. Market Street
>P.O. Box 392
>York, PA 17405-0392

G. SCOTT PATERNO

1-HA/93776.1