ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. WOJEWODZKI, | : | CIVIL ACTION NO. 1:CV 01-285 |
| Plaintiff | : | |
| v. | : | JUDGE SYLVIA H. RAMBO |
| CONSOLIDATED FREIGHTWAYS, INC., | : | |
| Defendant | : | JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA
MAY 0 2 2001
MARY E. D'ANDREA, CL
Per ~~Deputy~~ Clerk

## CONSOLIDATED FREIGHTWAYS CORPORATION'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Consolidated Freightways Corporation of Delaware (hereinafter "CF"), through its attorneys, hereby submits its Statement of Undisputed Material Facts.

1. Plaintiff is referred to as "Dick Ski" at CF. Rice Declaration ¶ 2.

2. Plaintiff commenced employment with CF in April of 1972. Compl. ¶ 8.

3. In August of 1999, Plaintiff was re-assigned – first to the Philadelphia Terminal and then to the York terminal. Compl. ¶ 11.

4. At the time of his re-assignment, Plaintiff was 56 years old. Compl. ¶ 14.

5. Prior to his re-assignment, Plaintiff's was CF's Assistant Terminal Manager in charge of Linehaul Operations for the Carlisle Terminal. Compl. ¶ 11.

6. James M. Kot, under the title Regional Dispatch Manager, assumed Plaintiff's former duties as Assistant Terminal Manager in charge of Linehaul Operations. Rice Declaration ¶¶ 1-2, 4.

7. Mr. Kot was 50 when he assumed Plaintiff's former duties. Rice Declaration ¶¶ 1, 3.

8. Mr. Kot's "Employee Change Notification" form dated September 13, 1999, expressly identifies that Mr. Kot replaced Plaintiff. Rice Declaration ¶ 4, Ex. A.

           Respectfully submitted,

           */s/ Vincent Candiello*
           VINCENT CANDIELLO
           G. SCOTT PATERNO
           One Commerce Square
           417 Walnut Street
           Harrisburg, PA 17101-1904
           717.237.4000

Of Counsel:

**MORGAN, LEWIS & BOCKIUS LLP**

Dated: May 2, 2001

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Consolidated Freightways Corporation's Statement of Undisputed Material Facts has been served via U.S. Mail, postage prepaid, on this **2nd day of May, 2001**, upon the following:

>Lawrence L. Markowitz, Esquire
>Markowitz & Krevsky, P.C.
>208 E. Market Street
>P.O. Box 392
>York, PA 17405-0392

/s/ _____
G. SCOTT PATERNO

1-HA/93776.1