*(c. A + TDA)*

## MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | |
|---|---|---|
| WOJEWODZKI v. CONSOLIDATED FREIGHTWAYS | 1:01-CV-0285 | REFERRAL |

| Proceeding: | Case Management Conference |
|---|---|

| Set For: | May 18, 2001 | At: | 8:30 a.m. |
|---|---|---|---|

| Time Commenced: | 8:40 A.M. | Time Terminated: | 9:00 A.M. |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| Lawrence Markowitz - *in person* | ~~Vincent Cardiello~~ G. Scott Paterno - *By phone* ~~Kim P. ~~ |

**REMARKS:**

*Cmc*

FILED
HARRISBURG, PA

MAY 1 8 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

O:\Smyser\APPLEBY\Minute Sheets\061300 Form