ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD C. WOJEWODZKI                  :
                                       : No. 1:CV 01-285
        v.                             : (Judge Rambo)
                                       : Civil Action
CONSOLIDATED FREIGHTWAYS, INC.         : Jury Trial Demanded

PLAINTIFF'S ANSWER TO DEFENDANT'S
STATEMENT OF UNDISPUTED MATERIAL FACTS

And now, to wit, comes the Plaintiff, by his attorneys, and files the following

Answer:

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Denied.  Mr. Kot assumed 25 percent of Plaintiff's duties.  The remaining

portion of Plaintiff's duties were assumed by Pat Corson (see Affidavit of Richard C.

Wojewodzki).

7.      Admitted.  By way of further answer, Pat Corson was in his late 20s or early

30s (see Affidavit of Richard C. Wojewodzki).

FILED
HARRISBURG

MAY 2 9 2001

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

8.    Denied.  To the contrary, this document has been altered (see Affidavit of

Richard C. Wojewodzki).

Respectfully submitted,

MARKOWITZ & KREVSKY P.C.

By: _____
Lawrence S. Markowitz, Esquire
Attorney for Plaintiff
208 E. Market St., P.O. Box 392
York  PA  17405-0392
(717) 843-2876
Supreme Ct. I.D. #41072

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD C. WOJEWODZKI                         :
                                              : No. 1:CV 01-285
      v.                                      : (Judge Rambo)
                                              : Civil Action
CONSOLIDATED FREIGHTWAYS, INC.                : Jury Trial Demanded

AFFIDAVIT OF RICHARD C. WOJEWODZKI

I, Richard C. Wojewodzki, am over eighteen (18) years of age and could competently testify to the following facts from my personal knowledge:

1.      When I was the Assistant Terminal Manager for Defendant at Carlisle, my job included supervising all other supervisors, drivers, and hostlers. I was also responsible for safety, labor issues and daily paperwork reporting. I also had some duties for the Northeast Regional Center. My duties for the Northeast Regional Center only accounted for 25 percent of my work.

2.      Pat Corson took over my responsibilities when I was transferred except for the Northeast Regional Center. He took over my desk and I saw him completing my paperwork. In fact, after I was transferred to Norristown, Mr. Corson called me several times for assistance with information on projects that I had been working on while I was the Assistant Terminal Manager in Carlisle.

3.      Mr. Corson was in his late 20s or early 30s at the time that I was relieved of my duties.

4.      Mr. Kot did take over the Northeast Regional Center for me; however, that task was only 25 percent of my job.  Pat Corson performed the remaining 75 percent of my duties.

5.      After I left Carlisle, I received an e-mail from one of my superiors, George Scheck, indicating about Pat Corson that the young man that replaced you is going crazy.  A copy of the e-mail is attached hereto.

6.      I have reviewed Exhibit 2 attached to Defendant's Motion for Summary Judgment.  I am familiar with this form during my many years of service with the company.  It is my belief that the exhibit has been altered because of the differences in how the form was filled out (writing on part of the form versus typing on part of the form), and the three different dates contained with the exhibit.  This would not be Defendant's usual and customary practice.

Richard C. Wojewodzki

Sworn to and affirmed before

me this 25th of May,

2001.

Notary Public

NOTARIAL SEAL
JUDY A. SNYDER, Notary Public
York, York County, PA
My Commission Expires April 1, 2002

TO: DICK SKT                                    CMF-MA-CL-●●S  2-Sep-99 03:42:35
CFMF / CFD
1 CAROLINA WAY
CARLISLE                    PA 17403

FROM: GEORGE SCHAACK                            CMF-MA-CL-GES  1-Sep-99 13:44:07
CFC / CFS

SUBJECT: GOING CRAZY                            CMF-MA-CL-DCS/MA#9721511

-------------------------------------------------------------------------------

To: DICK SKT                                                    CMF-MA-CL-DCS
From: GEORGE SCHAACK                                            CMF-MA-CL-GES
Date: Wednesday 1-Sep-99 at 1:15pm (4:15pm Local time)
Subject: GOING CRAZY



HI BUDDY.. I'AM SORRY WE DIDN'T HAVE A CHANCE TO TALK,, JUST A POINT
OF INFO, THE YOUNG MAN THAT IS TRYING TO FILL YOUR SHOES IS ON THE
VERGE OF GOING OFF THE END OF THE CLIFF,,  THEY THOUGHT IT WAS SO
EASY!!!

HEY KEEP IN TOUCH !!

YOUR FRIEND IN THE SHOP!!

.......... Routed on: Thu  2-Sep-99 at:  3:42pm
        From: CMF-MA-CL-DCS DICK SKT
          To: CMF-MA-NG-NG3 NOP'S PRINTER                    CTCS Printer

-------------------------------------------------------------------------------

        * * End of Message * * Printed on    2-Sep-99 at 03:42:39 MA# 9721511

## CERTIFICATE OF SERVICE

AND NOW, TO WIT, this 25th of May, 2001, I, Lawrence S. Markowitz, Esquire,

hereby certify that I have this date served a copy of the foregoing Plaintiff's Answer to

Defendant's Statement of Undisputed Material Facts by depositing a copy of same in the

United States Mail, postage prepaid at York, Pennsylvania, addressed to counsel of record

as follows:

Vincent Candiello, Esquire
G. Scott Paterno
Morgan, Lewis & Bockius LLP
417 Walnut Street
Harrisburg PA 17101

Respectfully submitted,

MARKOWITZ & KREVSKY P.C.

By:_____
Lawrence S. Markowitz, Esquire
Attorney for Plaintiff
208 E. Market St., P.O.Box 392
York Pa 17405-0392
(717) 843-2876
Supreme Ct. I.D. #41072