*see att*

15
6/28/01

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. WOJEWODZKI, | : | **CIVIL NO. 1:CV-01-0285** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| CONSOLIDATED FREIGHTWAYS, INC., | : | |
| Defendant | : | |

**ORDER**

FILED
HARRISBURG, PA
JUN 2 7 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

AND NOW, this 27th day of June, 2001, **IT IS HEREBY ORDERED** that the defendant's motion (doc. 5) to dismiss is deemed **WITHDRAWN** pursuant to Local Rule 7.5

J. Andrew Smyser
Magistrate Judge

Dated: June 27, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 27, 2001

Re: 1:01-cv-00285    Wojewodzki v. Consol Freightways

True and correct copies of the attached were mailed by the clerk to the following:

```
Lawrence S. Markowitz, Esq.
208 East Market Street
P.O. Box 392
York, PA  17405-0392

Kim M. Mingo, Esq.
Labor & Employment Counsel
16400 S.E. CF Way
Vancouver, WA  98683

Vincent Candiello, Esq.
Morgan, Lewis & Bockius
One Commerce Square
417 Walnut St.
Harrisburg, PA  17101

G. Scott Paterno, Esq.
Morgan, Lewis & Bockius LLP
One Commerce Square
417 Walnut Street
Harrisburg, PA  17101-1904
```

cc:
Judge                              (x)              ( ) Pro Se Law Clerk
Magistrate Judge                   (x)              ( ) INS
U.S. Marshal                       ( )              ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:

```
Standard Order 93-5        ( )         U.S. Marshal ( )    Pltf's Attorney ( )
Order to Show Cause        ( ) with Petition attached & mailed certified mail
                                to:  US Atty Gen   ( )    PA Atty Gen  ( )
                                     DA of County  ( )    Respondents  ( )
Bankruptcy Court           ( )
Other_____   ( )
                                                      MARY E. D'ANDREA, Clerk


DATE: ____6/27/01_____                    BY: _____GV_____
                                                       Deputy Clerk
```