IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD C. WOJEWODZKI,** | CIVIL NO. 1:CV-01-0285 |
| Plaintiff | |
| v. | FILED |
| | HARRISBURG, PA |
| **CONSOLIDATED FREIGHTWAYS, INC.,** | JUL 1 8 2001 |
| Defendant | MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |

### ORDER

Before the court is a June 27, 2001, report and recommendation of the magistrate judge to whom this matter was referred. No objections to the report and recommendation have been filed to date.[1] Therefore, upon review of the record and applicable law, **IT IS HEREBY ORDERED THAT:**

    1) The court adopts the report and recommendation of Magistrate Judge Smyser.

    2) Defendant's motion for summary judgment is denied.

    3) This case is remanded to Magistrate Judge Smyser for further proceedings.

SYLVIA H. RAMBO
United States District Judge

Dated: July 18, 2001.

---

[1] The deadline for filing objections passed on July 16, 2001.

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                            July 18, 2001


Re:  1:01-cv-00285    Wojewodzki v. Consol Freightways



True and correct copies of the attached were mailed by the clerk
to the following:


     Lawrence S. Markowitz, Esq.
     208 East Market Street
     P.O. Box 392
     York, PA  17405-0392

     Kim M. Mingo, Esq.
     Labor & Employment Counsel
     16400 S.E. CF Way
     Vancouver, WA  98683

     Vincent Candiello, Esq.
     G. Scott Paterno, Esq.
     Morgan, Lewis & Bockius LLP
     One Commerce Square
     417 Walnut Street
     Harrisburg, PA  17101-1904



cc:
Judge                       (X ) Rambo              ( ) Pro Se Law Clerk
Magistrate Judge            (X ) Smyser             ( ) INS
U.S. Marshal                (  )                    ( ) Jury Clerk
Probation                   (  )
U.S. Attorney               (  )
Atty. for Deft.             (  )
Defendant                   (  )
Warden                      (  )
Bureau of Prisons           (  )
Ct Reporter                 (  )
Ctroom Deputy               (  )
Orig-Security               (  )
Federal Public Defender     (  )
Summons Issued              (  ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5         (  )
Order to Show Cause         (  ) with Petition attached & mailed certified mail
                                 to: US Atty Gen    ( )   PA Atty Gen  ( )
                                     DA of County   ( )   Respondents  ( )
```

Bankruptcy Court        ( )
Other_____ ( )

                                        MARY E. D'ANDREA, Clerk

DATE: July 18th, 2001                   BY: _____
                                            Deputy Clerk