see all

19
12/10/01

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. WOJEWODZKI, Plaintiff | : | **CIVIL NO. 1:CV-01-0285** (Judge Rambo) (Magistrate Judge Smyser) |
| v. | : | |
| CONSOLIDATED FREIGHTWAYS, INC., Defendant | : | |

FILED
HARRISBURG, PA
DEC 07 2001
MARY E. D'ANDREA, CLERK
PER ______ DEPUTY CLERK

ORDER

The parties were given a deadline of December 3, 2001 to state that they consent to proceed before a magistrate judge or that they do not consent. We have not received a statement of consent from the parties. Therefore, **IT IS ORDERED** that the pretrial conference set for February 21, 2002 and the jury selection and trial set for March 4, 2002 are **CANCELED**.

It is noted that on December 3, 2001 counsel filed Joint Stipulations to Enlarge Time for Certain Depositions and to Change Affected Dates. In the Joint Stipulations, counsel purport to agree to an extension of the discovery deadlines and to reschedule dates and deadlines set in the Case Management

Order of May 18, 2001. It is noted that no motion has been filed.

J. Andrew Smyser
Magistrate Judge

Dated: December 7, 2001.



AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 7, 2001

Re: 1:01-cv-00285 Wojewodzki v. Consol Freightways

True and correct copies of the attached were mailed by the clerk to the following:

Lawrence S. Markowitz, Esq.
208 East Market Street
P.O. Box 392
York, PA 17405-0392

Kim M. Mingo, Esq.
Labor & Employment Counsel
16400 S.E. CF Way
Vancouver, WA 98683

Vincent Candiello, Esq.
Morgan, Lewis & Bockius
One Commerce Square
417 Walnut St.
Harrisburg, PA 17101

G. Scott Paterno, Esq.
Morgan, Lewis & Bockius LLP
One Commerce Square
417 Walnut Street
Harrisburg, PA 17101-1904

cc:
Judge ( )
Magistrate Judge (✓)
U.S. Marshal ( )
Probation ( )
U.S. Attorney ( )
Atty. for Deft. ( )
Defendant ( )
Warden ( )
Bureau of Prisons ( )
Ct Reporter ( )
Ctroom Deputy (✓)
Orig-Security ( )
Federal Public Defender ( )
Summons Issued ( ) with N/C attached to complt. and served by:

( ) Pro Se Law Clerk
( ) INS
(✓) Jury Clerk

U.S. Marshal ( ) Pltf's Attorney ( )

Standard Order 93-5 ( )
Order to Show Cause ( ) with Petition attached & mailed certified mail to: US Atty Gen ( ) PA Atty Gen ( ) DA of County ( ) Respondents ( )

Bankruptcy Court ( )
Other__________ ( )

MARY E. D'ANDREA, Clerk

DATE: 12/7/01

BY: ____________
Deputy Clerk