IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD C. WOJEWODZKI,** : | CIVIL NO. 1:CV-01-0285 |
| **Plaintiff** : | |
| v. : | FILED |
| **CONSOLIDATED** : | HARRISBURG, PA |
| **FREIGHTWAYS, INC.,** : | DEC 12 2001 |
| **Defendant** : | MARY E. D'ANDREA, CLERK |
| | Per _____ Deputy Clerk |

### ORDER

This court has been advised that the parties to the captioned action have not consented to proceed before the magistrate judge. In addition, the court is in receipt of a stipulation for extension of certain deadlines. Upon consideration of the above, and upon consideration of this court's calendar, **IT IS HEREBY ORDERED THAT** the stipulation is granted in part and denied in part as follows:

1) The deadline for completion of discovery, as described in the stipulation, is extended to January 11, 2002.

2) The deadline for filing dispositive motions is extended to February 18, 2002.

3) Motions in limine, accompanied by supporting briefs, shall be filed no later than April 2, 2002.

4) Pretrial memoranda shall be filed on or before **noon on April 26, 2002**, in conformity with the local rules.

5) The pretrial conference will be held on **Friday, May 3, 2002, at 1:30 p.m.** in the Judicial Conference Room adjacent to the chambers of Courtroom No. 3.

6) This case is placed on this court's May 2002 trial list. Jury selection for cases on the May will begin at 9:30 a.m. on Monday, May 6, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

7) This case remains referred to Magistrate Judge Smyser for all pretrial matters.

SYLVIA H. RAMBO
United States District Judge

Dated: December 12, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-00285   Wojewodzki v. Consol Freightways

True and correct copies of the attached were mailed by the clerk
to the following:

Lawrence S. Markowitz, Esq.
208 East Market Street
York, PA  17405-0392

Kim M. Mingo, Esq.
Labor & Employment Counsel
16400 S.E. CF Way
Vancouver, WA  98683

Vincent Candiello, Esq.
G. Scott Paterno, Esq.
Morgan, Lewis & Bockius LLP
One Commerce Square
417 Walnut Street
Harrisburg, PA  17101-1904

```
cc:
Judge                       (X )         ( ) Pro Se Law Clerk
Magistrate Judge            (X )         ( ) INS
U.S. Marshal                ( )          ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: December 12th, 2001                    BY: _____
                                                 Deputy Clerk