

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. WOJEWODZKI, | CIVIL ACTION NO. 1:CV 01-285 |
| Plaintiff | |
| v. | JUDGE SYLVIA H. RAMBO |
| CONSOLIDATED FREIGHTWAYS, INC., | |
| Defendant | JURY TRIAL DEMANDED |

FILED FEB 19 2002 PER _____ HARRISBURG, PA DEPUTY

## CONSOLIDATED FREIGHTWAYS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

1. Plaintiff brings a claim against CF under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq ("ADEA") (Count I).

2. CF hereby moves Plaintiff's Complaint in its entirety, pursuant to Fed. R. Civ. Pro. 56(b), for failure to state a claim upon which relief may be granted.

3. Plaintiff cannot establish a *prima facie* case because Plaintiff's replacement is not substantially younger than Plaintiff.

4. In the alternative, Plaintiff cannot demonstrate that CF's articulated legitimate reason for reassigning him was pretext for illegal discrimination.

5.  CF sets forth its arguments in support of this motion in their accompanying supporting Memorandum of Law.

Respectfully submitted,

_____
VINCENT CANDIELLO
G. SCOTT PATERNO
One Commerce Square
417 Walnut Street
Harrisburg, PA  17101-1904
717.237.4000

Of Counsel:

**MORGAN, LEWIS & BOCKIUS LLP**

Dated:  February 19, 2002

1-HA/98398.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. WOJEWODZKI, | : | CIVIL ACTION NO. 1:CV 01-285 |
| Plaintiff | : | |
| v. | : | JUDGE SYLVIA H. RAMBO |
| CONSOLIDATED FREIGHTWAYS, INC., | : | |
| Defendant | : | JURY TRIAL DEMANDED |

**CERTIFICATE OF NONCONCURRENCE**

I, G. Scott Paterno, hereby certify that on February 19, 2002, Plaintiff's counsel advised me that Plaintiff would not concur in Consolidated Freightways Corporation of Delaware's Motion for Summary Judgment.

_____
G. SCOTT PATERNO

1-HA/98398.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Consolidated Freightways' Motion for Summary Judgment has been served via U.S. Mail, postage prepaid, on this **19th day of February, 2002**, upon the following:

>Lawrence L. Markowitz, Esquire
>Markowitz & Krevsky, P.C.
>208 E. Market Street
>P.O. Box 392
>York, PA 17405-0392

_____
G. SCOTT PATERNO