# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. WOJEWODZKI, | : | CIVIL ACTION NO. 1:CV 01-285 |
| Plaintiff | : | |
| v. | : | JUDGE SYLVIA H. RAMBO |
| CONSOLIDATED FREIGHTWAYS, INC., | : | |
| Defendant | : | JURY TRIAL DEMANDED |

### SUPPORTING DOCUMENTS TO
### CONSOLIDATED FREIGHTWAYS CORPORATION'S
### STATEMENT OF UNDISPUTED MATERIAL FACTS



FILED
FEB 1 9 2002
PER
HARRISBURG, PA  DEPUTY CLERK

VINCENT CANDIELLO
G. SCOTT PATERNO
One Commerce Square
417 Walnut Street
Harrisburg, PA  17101-1904
717 237-4000

Of Counsel:

    MORGAN, LEWIS & BOCKIUS LLP

Dated:  February 19, 2002

1-HA/98407.1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. WOJEWODZKI, | : | CIVIL ACTION NO. 1:CV 01-285 |
| Plaintiff | : | |
| v. | : | JUDGE SYLVIA H. RAMBO |
| CONSOLIDATED FREIGHTWAYS, INC., | : | |
| Defendant | : | JURY TRIAL DEMANDED |

## SUPPORTING DOCUMENTS TO
## CONSOLIDATED FREIGHTWAYS CORPORATION'S
## <u>STATEMENT OF UNDISPUTED MATERIAL FACTS</u>

|  | **TAB** |
|---|---|
| Excerpts from the Deposition of Peter J. Ferguson, taken on January 8, 2002 | A |
| Excerpts from the Deposition of Mark A. Bunte, taken on January 16, 2002 | B |
| Excerpts from the Deposition of Jeffrey L. Rice, taken on January 16, 2002 | C |
| Excepts from the Volume 1 of the Deposition of Richard C. Wojewodzki, taken on October 31, 2002 and Wojewodzki Exhibit 1 | D |
| Excerpts from the Deposition of James M. Kot, taken on January 8, 2002 and Kot Exhibit 1 | E |
| Excerpts from the Deposition of Patrick W. Corson, taken on January 8, 2002 | F |

1-HA/98407.1

Exh A

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD C. WOJEWODZKI,          :
            PLAINTIFF            :
                                :
        VS                      :     NO.  1:CV01-285
                                :
CONSOLIDATED FREIGHTWAYS, INC., :
            DEFENDANT            :


DEPOSITION OF:  PETER J. FERGUSON

TAKEN BY:       PLAINTIFF

BEFORE:         SHERRY BRYANT, RMR, CRR
                NOTARY PUBLIC

DATE:           JANUARY 8, 2002, 10:15 A.M.

PLACE:          MORGAN, LEWIS & BOCKIUS
                417 WALNUT STREET
                HARRISBURG, PENNSYLVANIA


APPEARANCES:

    MARKOWITZ & KREVSKY, P.C.
    BY: LAWRENCE S. MARKOWITZ, ESQUIRE

        FOR - PLAINTIFF

    MORGAN, LEWIS & BOCKIUS
    BY: VINCENT CANDIELLO, ESQUIRE

        FOR - DEFENDANT


GEIGER & LORIA REPORTING SERVICE - 1-800-222-4577

1    operations manager, the same position, just a title change.

2              I stayed in that capacity until 1990.  I was

3    promoted to the division manager in Columbus, Ohio.  1994,

4    the company went through a restructure and we closed a

5    division, which was -- had prior been called the Akron

6    division, combined it with the Columbus division, and I ran

7    that combined division and we kept the name Akron and dropped

8    the Columbus division code.

9              I stayed as the Akron division manager until

10   late 1998.  I took the division manager job in the

11   Mid-Atlantic division, which is headquartered in York,

12   Pennsylvania, and moved to York.  I held that position until

13   October -- no, March, excuse me.  I think it was about March

14   of 2000, I was promoted to the vice-president of eastern

15   region.  Eastern region at that time was one of three regions

16   in the company and my territory ran from Monkton, New

17   Brunswick, all the way down to the Caribbean.  I had the

18   eastern seaboard, including Pennsylvania.

19             And then in October of last year, we

20   restructured the company again and dropped all of the

21   divisions, replaced a number of those divisions with regional

22   vice-presidents jobs, and I stayed in Atlanta in the capacity

23   of southeast region vice-president.

24        Q         When you were the district manager operating

25   out of York, what were your duties as division manager?

1    interstate.

2    Q       At some point was Richard Wojewodzki the

3    assistant terminal manager at Carlisle while you were

4    stationed in York?

5    A       I believe he was -- he held that capacity upon

6    my arrival.  One of two assistant terminal managers in the

7    terminal.

8    Q       So there were two in that terminal in -- he

9    was in Carlisle; right?

10   A       Yes, he was.  And the Carlisle had two

11   assistant terminal managers, one responsible for the

12   operations side, meaning the dock, and general cartage, and

13   the other for the line haul functions.

14   Q       And who was responsible for the dock?

15   A       Tom, Tom, his last name escapes me.  Tom's now

16   the terminal manager I believe over in Reading, Pennsylvania.

17   I -- his last name escapes me right now.

18   Q       No problem.  And who was responsible for line

19   haul?

20   A       Dick.

21   Q       And who was the terminal manager itself at the

22   time?

23   A       When I first came there, it was Richard

24   Conley.  Shortly after my arrival, Richard was promoted to

25   the division manager position in Kansas City, Missouri, and I

1  selected Jeff Rice to take the position that he vacated.

2      Q        Can you give us an approximate date when Mr.

3  Rice would have taken over as terminal manager in Carlisle?

4      A        The first part of January of '99 is a guess.

5  Maybe the latter part of '98.  The date escapes me.  But it

6  was virtually within a month of my coming there.

7      Q        At some point a decision was made to move Mr.

8  Wojewodzki out of the position of assistant terminal manager

9  at Carlisle; correct?

10     A        That is correct.

11     Q        Who made that decision?

12     A        Well, I was certainly party to that decision.

13  I made that decision with some feedback from Jeff Rice.  So I

14  guess it would have been my decision initially, but with some

15  input from Mr. Rice.

16     Q        And when did you make the decision?

17     A        I don't recall the date.

18     Q        Tell me --

19     A        I want to say late summer '99.

20     Q        Why did you decide to move Mr. Wojewodzki out

21  of Carlisle?

22     A        Well, I was frustrated in that we were making

23  little or no progress in several of the areas I asked him to

24  specifically work on enhancing.  One was the recruitment and

25  training of supervisors to fill some openings that we had.

1    Consequently, attrition was a -- had been and remained a huge

2    issue through the first seven months that I was there or

3    eight months that I was there prior to his removal.

4              As a result of that and my observations, I

5    felt he lacked a lot of leadership skills that I was looking

6    for in a position that critical.  And I'm going to say this

7    about that position.  Assistant terminal managers, in my

8    opinion, and I was one, are not lifetime jobs.  They're very

9    difficult jobs, but they are the stepping stone to having

10   somebody move to the next step.  And in order to train people

11   to run operations the size of Carlisle and become division

12   managers and vice-presidents, they need to go through that

13   phase of being assistant terminal manager.  It's very

14   critical to their growth.

15             Because of the lack of leadership I saw in

16   Dick, I didn't believe he was going to ever be able to take

17   the next step, and consequently I didn't think he was

18   fulfilling all of the things I was looking for in an

19   assistant terminal manager.

20        Q       Were there any other reasons for the decision

21   to move him?

22        A       Well, the objectives that he had been given,

23   goals, were certainly not being attained at the level that we

24   were looking for.  And I would say those are the primary

25   reasons.

1    Q        What type of goals are we talking about?

2    A        Everything from recruitment of both

3    supervisors and transport operators to penalty pay and cost

4    containment and even some improvements that we had asked to

5    see in the yard in hostling.  So I wasn't seeing what I had

6    hoped for and what I had experienced at other locations I've

7    been at.

8    Q        Can you tell me about what the problem was

9    with the yard and hostling?

10   A        Well, we saw no dramatic changes in

11   productivity in the yard.  There was no organization to how

12   we handed out hooks.  There was equipment lacking when I got

13   there, and once I started checking around I found we were

14   lacking some of the tools I thought was necessary to be

15   effective.

16            One of the big keys was radios so we could

17   have two-way communication with people in the yard.  We had

18   issued radios and over time people had either stole them or

19   destroyed them, thrown them away, and nobody had bothered to

20   replace them.  That was Dick's responsibility.  And so there

21   was a huge gap in the communications level between line haul

22   and the people working in the yard that were his

23   responsibility.

24   Q        What is hostling?

25   A        Hostling is the actions that take place in our

14

1  instance?

2      A       Yes.  A much smaller yard, much more

3  compressed yard in York, not as much travel time, not as many

4  trailers to look through, much different operation.

5      Q       Okay.  You also mentioned that another issue

6  with Dick was the issue of penalty pay.  Could you tell me

7  what penalty pay is?

8      A       Yes.  It's a form of compensation we give to

9  our drivers for failing to have their loads ready as they

10  walk through the door.  So when we give them a work call and

11  they show up, if they have to wait for a load, they get

12  penalty pay.  It can be called wait pay, it can be called a

13  lot of things, but it's a penalty that we incur for not

14  having the driver ready to go upon his arrival.

15          It can be at origin, destination, or en route.

16  If he has to make a meet and turn with somebody in a remote

17  location, if he has to wait for the other driver, we pay him

18  for that time spent.

19      Q       And how does the assistant terminal manager

20  influence the penalty pay rates?

21      A       Well --

22          MR. CANDIELLO:  Objection to form.  There has

23  already been identified by this witness two assistant

24  terminal managers.  Which one are you talking about at this

25  location, at Carlisle?

```
 1    BY MR. MARKOWITZ:

 2         Q         I assume it's the line haul assistant terminal

 3    manager who has the ability to influence penalty pay; is that

 4    correct?

 5         A         That is correct.

 6         Q         Does the other assistant terminal manager have

 7    the ability to influence penalty pay?

 8         A         Absolutely could, yes.

 9         Q         How could the other ATM influence it?

10         A         Well, it's the ATM, the operational ATM's job

11    to have trailers closed and available for line haul.  If he's

12    not executing on the dock and getting boxes closed late, that

13    could, in turn, mean a late hook and a late dispatch and

14    penalty pay.

15                   So -- but the fix is squarely on the shoulders

16    of the dispatch operation manager or ATM in charge of

17    dispatch.  It's his responsibility to make sure the dock is

18    cut and timely.  It's his responsibility to make sure that

19    his people are trained to call people based on the proper

20    ETAs and to make sure the yard's efficient enough to have the

21    hook done by the time the guy gets there.  That's the

22    responsibility of the dispatch operation managers and ATMs in

23    every location in our system.

24         Q         And as far as penalty pay goes, how do you

25    measure penalty pay?
```

1      A        Like hostling, you can look at cost or you can

2  look at a number I look at which I think is a better

3  indicator for me is the actual minutes, average minutes per

4  dispatch incurring penalty pay on.  So there's -- again, it's

5  formatted to an operations manager several ways, but

6  generally it's either in minutes per dispatch or in total

7  time spent.  Either way, at the end of the day it's how

8  much -- how many dollars you've spent in compensation to

9  dispatch X amount of trailers.

10     Q        What percentage of your loads do you expect

11  that you'll have to pay penalty pay on?

12     A        I expect none.

13     Q        Is that a realistic expectation?

14     A        No, but that's what I expect.  I mean the

15  goals are set on previous year experience.  I expect that to

16  improve even slightly from year to year in any case.  There's

17  really no reason to expect any deterioration unless there's a

18  significant change in either the operation or the contract,

19  which we haven't experienced.

20     Q        And when you say the contract, you're talking

21  about a union contract with the drivers?

22     A        Yes, yes, a work role change that may affect

23  the numbers.  And I can't think of anything that falls under

24  that category in Carlisle or any other place in the system

25  over the last five years.

1    Q        Realistically, what percentage of your loads
2    are going to be subject to penalty pay?

3    A        Quite frankly, that varies from location to
4    location and it varies by the time of the year.  Weather is
5    always a factor, even heat, depending on where we're at.
6    But -- so I'd have to be specific by location and, again, I'd
7    have to just say that if you look at the history of a
8    location, especially over a two- or three-year period, you'd
9    be looking for consistent improvement.

10         And those improvements don't have to be
11   quantum leaps.  We look for a small improvement, at least
12   enough to offset the increase in labor cost that we incur on
13   the contract year to year.

14   Q        The other thing you said you had concerns
15   about was Dick's leadership skills.  Tell me about that.

16   A        Well, I had very little contact with Dick
17   prior to my coming here, so my perception of Dick coming in
18   was pretty fresh.  I mean I had nothing to be overly
19   concerned with, but like most managers I did ask, you know,
20   other people, my boss especially when I took that position,
21   where we were having problems and where we were having some
22   successes.  And there had been some concern over the line
23   haul operation prior to me coming there.

24   Q        Who told you that?  I'm sorry.

25   A        Pat Brady would have been one of the people

1    that expressed some concerns that we were showing some -- a

2    lack of growth in penalty pay and that we were also

3    experiencing a tremendous turnover problem.  But when I

4    arrived, I met Dick face to face for one of the first times.

5    I think Dick and I crossed paths maybe a couple of times

6    prior to that at some meetings, but I don't think I ever

7    spent any great deal of time with Dick prior to coming here.

8              So, you know, preconceived notions, very

9    little.  And certainly wasn't in a position where I wanted to

10   make any changes based on hearsay or anything else.  And with

11   the change in the terminal manager's job, meaning Rice, I

12   needed the stability of people that had been there to help

13   through that transition.

14             So the first thing we -- I looked at from Dick

15   was how well he handled the people that worked for him,

16   because there was an attrition problem.  And I found that

17   Dick was hard to approach would be a way of putting it.  I

18   mean he wasn't a very people person in terms of sitting down

19   with employees and giving them constructive criticism on how

20   to make improvements, team building.  And it was pretty

21   evident that that was one of the shortcomings we had with our

22   attrition problem.

23             I talked to supervisors that as they left the

24   company in exit interviews and while I was there, and there

25   was a consistent concern from them that they couldn't get

1      A         Well, we had talked from the first time I put

2   him in that position about every nuance of the operation from

3   the dock side to line haul.  And so over that period of time

4   between the time Jeff came on board and the time we made the

5   decision to change him, there had been some conversation

6   about issues that we found to be a problem in line haul.

7            So I think it was a collective nature of Jeff

8   agreeing with me, not one specific issue but a number of

9   issues, and Jeff saw some of the same shortfalls that I had

10   seen.  And, you know, as we made changes and Jeff took a

11   little greater role in some of the things that went on in

12   line haul, we found that -- or it was my opinion I should

13   say, not we found, I found and my opinion was that there was

14   opportunity to make some improvements, but they weren't going

15   to happen under Dick's leadership.

16      Q         Now, Dick reported to Jeff, though; correct?

17      A         Yes.  Yes, he did.

18      Q         Did you ever have a discussion with Mr. Rice

19   that you were disappointed in him that he was not able to get

20   better performance out of Dick?

21      A         Several times, yes.

22      Q         Would that have been before or after Dick left

23   there?

24      A         Probably on a regular basis.  Every time we

25   talked about line haul, I'm sure I had a conversation with

25

1    to change his title or cut his pay.  It wasn't an issue of

2    punishing him financially.  It was an issue of getting a

3    round peg in a round hole, so to speak, and get Dick to where

4    he could be productive in my mind and get a person into the

5    line haul operation that could start to fulfill the duties

6    that I felt Dick should have been doing while he was there.

7         Q        And how did he do in Norristown?

8         A        To my knowledge, from the time he was

9    transferred to present, I haven't heard of any complaints of

10   his performance to speak of.  I left not long thereafter,

11   kind of lost touch of what Dick was doing and what he was

12   assigned to, but in the short term he was in Frank Soper's

13   supervision and the little time that I was around while he

14   was back up in York, I didn't hear any real negatives about

15   Dick's performance.

16        Q        After Norristown where did Dick go to?

17        A        I think he did -- I think he helped us out a

18   little bit in Philadelphia once we went down there.  I think

19   he worked there a few weeks.  And -- but ultimately he ended

20   up back in York, Pennsylvania.  York was a small domicile of

21   road drivers when I first came on board of about 40 drivers.

22             Over time I was -- I felt strongly that we

23   didn't need two driver boards that close together and that

24   they could be managed from one central location, meaning

25   Carlisle.  However, York was still a reship center.  They

1      of the job they held, so there was consistency from state to

2      state and point to point in the country over how we

3      administered salaries.

4              So it wouldn't have mattered who made the

5      decision.  It was primarily policy that would have driven

6      that change once he had a title change.  And I didn't change

7      his title initially, so we didn't change his salary.

8          Q       When Dick was moved from Carlisle to

9      Norristown, was a new ATM named?

10         A       Yes.  He was replaced with Jim Kot.  And if

11     I'm not mistaken, there was at the same time some title

12     changes, but the actual duties were the same.  He, "he"

13     meaning Dick, left the same job that Jim Kot took over as far

14     as duties and responsibilities go.

15              Their titles changed simply because we were

16     going through a change in the system from terminal dispatch

17     to some regional dispatches, so the name changed from either

18     ATM in charge of dispatch in some cases or DOM, which was a

19     dispatch operations manager's job.  Those in a few locations,

20     and I think it was only in Carlisle and Chicago, there might

21     have been a similar position in the west, but those became

22     regional operation manager titles but the same capacity.

23         Q       Did Pat Corson pick up any of Dick's duties?

24         A       I don't know what he was assigned to do.  His

25     title changed, but -- I mean he went from assistant DOM to a

35

1    get authority to hire additional supervisors at that time?

2         A        Yes.

3         Q        So it really wasn't a problem with Pat Brady?

4         A        No.  I think that Gail was -- had seen a

5    consistent pattern that we challenge people in the field for

6    any additions at any time, whether business is good or bad.

7    So I can only assume that was what she was referring to.

8         Q        Okay.  Thank you.  And she didn't speak to you

9    before she wrote that e-mail --

10        A        No.

11        Q        -- about what to put in it?

12        A        No.

13        Q        Do you know how old Jim Kot is?

14        A        Specifically, no.  I guess he's close to my

15   age.

16        Q        And how old is that?

17        A        Fifty-six.

18        Q        And how old is Pat Corson?

19        A        I have no idea.

20        Q        Would you believe him to be younger than you?

21        A        Oh, yeah.

22        Q        By at least 15 years?

23        A        Oh, probably.

24                 MR. CANDIELLO:  Can we take a short break?

25                 MR. MARKOWITZ:  Sure.  That's fine.

1    the turnover rate" --

2        A       Where are you at?

3        Q       I'm at the bottom of page 2.  "Charging Party

4    incorrectly alleges that the turnover rate has not improved

5    since his replacement, there has been a dramatic

6    improvement."  My question is, what was the turnover rate

7    that Mr. Wojewodzki had?

8        A       Now you're asking me to remember some numbers

9    that I'm not sure I can remember.  However, I thought I saw

10   in here a number that was tenfold against the dock, and if I

11   remember the dock had one or two turnovers.  So it had to be

12   someplace between 10 and 20 people.  But if memory serves me

13   I thought it was like 20 people over a two-year period,

14   something in that vicinity.

15       Q       Okay.

16       A       And the actual jobs available to fill were in

17   total I want to say 18 positions maybe.  So it was more than

18   100 percent turnover of the positions allocated to that

19   function.

20       Q       Did you ever sit down with Dick and tell him

21   that you were dissatisfied with his performance?

22       A       Absolutely.

23       Q       Do you remember on how many occasions that

24   would have been?

25       A       No, I can't tell you how many, but I can tell

1   problems.

2             If you go back and discuss that with Pat

3   Corson, I'm sure he'll tell you he did exactly the same thing

4   with Dick.  He followed Dick's lead on what his direction

5   should be to certain problems.  And he did the same under the

6   guidance of Jim Kot and anybody else that came along after

7   Jim.

8   BY MR. MARKOWITZ:

9       Q        How did your turnover in personnel in Carlisle

10  compare to other CF facilities in your district?

11            MR. CANDIELLO:  Objection to form.  Turnover

12  in what group?

13            MR. MARKOWITZ:  Turnover in supervisors.

14            MR. CANDIELLO:  Which supervisors?

15            MR. MARKOWITZ:  Line haul.

16            MR. CANDIELLO:  Okay.

17      A        It was the highest I'd ever been associated

18  with.

19  BY MR. MARKOWITZ:

20      Q        Did you transfer any other assistant terminal

21  managers to other positions while you were in York?

22      A        I don't recall doing that.

23      Q        Did you ever specifically tell Dick that you

24  thought his leadership skills were lacking?

25      A        Yes.

1    weaknesses of that terminal?

2       A        Yes, I did.

3       Q        Of the 14 terminals in that division, which

4    did you consider the most important?

5       A        Carlisle, without a doubt.

6       Q        Why?

7       A        Just by the sheer magnitude of the operation.

8    Carlisle impacts every -- or has the ability to impact every

9    single shipment that we deliver on the east coast from

10   Virginia to Maine.

11      Q        Why?

12      A        Both in and out.  Well, it's a central funnel

13   point for all locations to load to.  It's the second or third

14   largest terminal in the system, depending on how you want to

15   measure it.

16               So consequently, all the terminals west, on

17   the west side of them who can't make a direct shipment into a

18   terminal, call it Boston, has to send it in to Carlisle to be

19   reshipped into Boston.  So we handle in excess of 120,000

20   shipments a month across that dock, which is, by shipment

21   count, the biggest terminal in the system.

22      Q        When you say the system, you're saying in all

23   of CF nationwide?

24      A        Yes.

25      Q        What other terminals were of a similar size at

1    into problems later on, I found that some of them were just

2    communication issues that were creating breakdowns.

3        Q        When you selected Jeff Rice to replace Mr.

4    Conley, did you have a similar conversation with him about

5    the Carlisle terminal, about strengths and weaknesses?

6        A        Well, I tried to give him my impression of --

7    my very short-term impression of what I thought he was going

8    to have to be able to address, and those issues weren't

9    confined to just dispatch.  There was a number of things that

10   we were going through.  We were growing the number of

11   shipments going through Carlisle.

12            We were considering closing down some other

13   consolidation centers, which would put more work into

14   Carlisle.  And we needed to find a way to make sure we had

15   the capacity to do that.  There was door space available and

16   there was no reason why we couldn't bring more work in.

17            The dock side had proven to be pretty

18   efficient in our system.  In fact, one of the best costs per

19   hundredweights of handling are in Carlisle.  And generally

20   the work force there has a very good work ethic, they are

21   good people.  We don't have a great deal of labor problems

22   and it was a good place to grow our company at the right

23   cost.

24            So it was -- he was going to be in a position

25   that was going to require being under the microscope every

1    placed them in the northeast regional dispatch.  Do you know

2    why the northeast regional dispatch was placed in Carlisle?

3         A         Well, that particular group of terminals that

4    falls into the northeast, which, again, is from roughly

5    Norfolk all the way up into the tip of New England and

6    includes clearance even out of Montreal, about 40 percent of

7    all the shipments in the company come out of that quadrant.

8    They're the heavy industrial east.

9              So the decision was made to take that

10   quadrant, call it a regional center and try to control the

11   drivers a little better from a utility standpoint from that

12   location rather than from what it had been in the past was

13   network control was in California and they were trying to

14   manage the whole country from one single location,

15   California.  We felt having somebody local and being closer

16   to the problem, being able to communicate better with the

17   terminals would bring more efficiencies.

18        Q         According to Mr. Wojewodzki, he explained to

19   you with respect to some of the problems that he was

20   experiencing that it was this change of the four supervisors

21   or moving the four supervisors into the northeast control

22   center that had an impact on that.  Did you accept that as a

23   justification for attrition?

24        A         I think when it first happened, it certainly

25   was a justification, but a lot of time had passed from the

1    time that it first happened until even I came along and there

2    was what I felt ample time to recruit and train people to

3    replace those people that he put into the region.

4          And those people in the region were in the

5    same location.  Initially they were in a different room but

6    on the same floor and later were all together, and during the

7    heavy periods and vacations they were called on to interact

8    with the rest of the operation and weren't exclusive to just

9    the region.

10    Q       Mr. Wojewodzki also --

11    A       But I'll say this, they were probably our best

12    guys at the time and it was important we get off the ground

13    in a good manner when they did that.  That was long before I

14    got there, so I wasn't part of that decision making process,

15    but I think they did the right thing in putting good people

16    in that operation.  I don't think anybody thought that we'd

17    have to struggle so hard to replace them.

18    Q       Mr. Wojewodzki has also indicated that there

19    was a scheduling issue that played a role with attrition that

20    dealt with the men working I believe eight days in two weeks

21    rather than seven days in two weeks, which was for the dock.

22    Did you ever have any discussion with anyone about that?

23    A       I discussed it with Dick and with Jeff several

24    times.

25    Q       Do you recall approximately when you first

1   sometimes create some problems and one of them is vacations.

2   In many places guys on that schedule don't get any vacation.

3   I mean they take vacation, but they have to cover for

4   everybody else.  At the end of the day, they don't get any

5   vacation or very little.

6           So it's not -- it never has been an issue with

7   me, because of what appears to be less workdays.  I don't

8   believe it to be any less workdays and I had no objection to

9   that schedule.

10      Q       When you decided to remove Dick Wojewodzki

11  from the position, attrition was an issue; is that correct?

12      A       Oh, absolutely.

13      Q       And what did you fault Mr. Wojewodzki on with

14  respect to attrition?

15      A       Well, I think there was several things.  One

16  was a schedule that would allow people some semblance of a

17  normal social life.  And when you post schedules for the

18  dock, for example, who work that same type of schedule, two

19  on/two off, three on/three/off, people know that every other

20  weekend they're going to be off.  They can schedule social

21  events with some certainty that they're going to be off.

22  They can, in fact, even switch with somebody that -- and work

23  a different shift for them if they have to attend a

24  graduation or a wedding or things that they have to do to be

25  off for.

1          When the schedules aren't posted and the

2    uncertainty is always there can I get the time off, it

3    created a lot of confusion with front line supervisors.  And

4    as I talked to front line supervisors, it was the most common

5    complaint I heard was schedules aren't posted and I can't get

6    a vacation because there's too many people -- too many

7    vacancies.  Well, we don't have people to cover for

8    vacations.

9          Q         When you say this was a complaint by the

10    supervisors, was this at all of the locations or just --

11         A         No, at Carlisle.

12         Q         And you said you talked to these folks

13    yourself?

14         A         Sure.

15         Q         How often would you go to Carlisle at that

16    time?

17         A         Probably on average at least once a week.

18         Q         And at that point, you would talk to the folks

19    working there?

20         A         Yes.  And I talked to people as they left,

21    either by phone or through Jeff when Jeff would do an exit

22    interview with them, and ask them what, you know, what was

23    prompting them to leave, was it money, was it -- and very

24    seldom was it money.  In almost every case it was they wanted

25    to work some, quote, regular hours, not necessarily days.

1    Q        Why wouldn't you hold Jeff Rice accountable

2    for that?

3    A        Oh, I did.  I mean at the end of the day it

4    was Jeff's responsibility.  And that's why Jeff and I

5    collectively made the decision that we had to make a change.

6    Q        Why were you holding Dick Wojewodzki

7    accountable for the attrition?

8    A        Well, because it was Dick's direct

9    responsibility to hire and fire.

10    Q        Does that mean he was responsible for fixing

11    the problem?

12    A        Absolutely.

13    Q        Did he ever present to you recommendations on

14    how to fix the problem?

15    A        Not that I recall.  He identified it, but I

16    don't recall him ever having a plan of action to specifically

17    address that.  And, as I said in my testimony, I can recall

18    several times asking him how many people have you interviewed

19    this week for openings and been told none.

20              That's why I got Wayne Kennard involved.  And

21    I think that was Wayne's first exposure to Carlisle was we

22    needed both drivers and supervisors, and I brought Kennard in

23    to help with that endeavor.

24              And toward the end of Dick's stay at Carlisle

25    I asked Wayne to come in and specifically look at the makeup

63

1    of the department and what -- interview the guys that were

2    there, ask them, you know, what's been done, what's changed,

3    what their feelings were about the operation in general in

4    terms of them staying around and being satisfied with the

5    quality of the working environment.  And that's what Wayne

6    brought back to me, that most of the employees that he

7    interviewed pointed their finger at Dick as being the biggest

8    part of the problem.

9        Q        Do you recall why he was pointed out as the

10   problem?

11       A        Well, they saw him as the boss and the guy

12   that should have developed schedules, hired replacements and

13   been there to fix their problem.  I mean they weren't too

14   concerned about the company and the big picture.  They were

15   concerned about their own little sphere of responsibility,

16   and so they saw, and rightfully, they saw Dick as the guy

17   that was the boss.

18       Q        Did you ever have any conversations with Mr.

19   Wojewodzki after he had been removed from Carlisle?

20       A        I had a quick conversation over in Norristown

21   one day.  And then not long before I left Dick wanted to see

22   his personnel file, which I didn't have a problem with, and

23   he came into my office and we chatted for 10 or 15 minutes.

24   So I had a couple of face -- private face-to-face

25   conversations with him afterwards.

1   changed after I tried to help make those changes.

2       Q       Did you have to seek approval from anyone

3   before you removed Dick from his position?

4       A       Certainly.

5       Q       Who did you --

6       A       Well, I remember talking -- originally I

7   talked to Kennard to get some input from him, just to kind of

8   verify what my feelings were.  I wanted to make sure I hadn't

9   missed anything and I wasn't being biased in how I was

10  reviewing things.  But at the end of the day, our policy is

11  we don't demote people, especially long-term employees like

12  Dick, or fire them without talking to our in-house human

13  resource counsel, and that's Wayne Bolio.

14      Q       Without getting into any detail of what was

15  said between you and Mr. Bolio, did you make contact with him

16  on this issue?

17      A       A couple times, yes.

18      Q       There was also an issue raised in direct

19  examination about reducing his pay.  You said initially you

20  were not concerned about reducing his pay, but then later you

21  felt you had to.

22      A       Well, I think once he got a, quote, permanent

23  assignment and we knew where he was going to be, I was

24  compelled by company policy to pay him at 120 percent.  I

25  mean I paid him the highest amount I could pay him in that

1    position, period.  So pay wasn't really the issue with me.

2             And I -- again, I was concerned about getting

3    things fixed at Carlisle and I guess you could guess or

4    second-guess yourself, but had Dick, for example, gone down

5    to Baltimore, the Baltimore terminal manager's job would have

6    probably been on par with his salary and he wouldn't have

7    taken a salary adjustment at all, but that didn't work out.

8    And where he went and the position he filled required me to

9    follow policy and reduce him to 120 percent of midpoint.

10       Q       At those larger terminals where there was a

11   regional dispatch activity, was the person involved and

12   responsible completely for line haul eventually turned into a

13   regional dispatch manager, as far as you know, for example,

14   at Chicago?

15       A       As far as I know.  And I don't know that they

16   all were ATMs.  I mean there's an awful lot of guys that

17   handle some pretty good size regional dispatch centers that

18   are still DOMs.  So it was more of a local decision of sorts

19   of what their actual title would be.  Like I say, again, in

20   the three locations that are comparable, meaning Chicago,

21   Mira Loma and Carlisle, the guys in charge of line haul had

22   ATM job titles.

23       Q       From Exhibit 2 of Deposition Exhibit 1 in this

24   case, which is the promotion of Mr. Kot, did you know Mr. Kot

25   before he was rehired at CF?

COPY   Exh B

```
1              IN THE UNITED STATED DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
2
   RICHARD C. WOJEWODZKI,          :
3                    PLAINTIFF     :
                                   :
4              VS                  :   NO. 1:CVO1-285
                                   :
5   CONSOLIDATED FREIGHTWAYS, INC., :
                    DEFENDANT      :
6

7

8

9

10              TELEPHONE
              DEPOSITION OF:   MARK A. BUNTE
11
              TAKEN BY:       PLAINTIFF
12
              BEFORE:         DONNA J. FOX, REPORTER
13                            NOTARY PUBLIC

14            DATE:           JANUARY 16 2002, 3:15 P.M.

15            PLACE:          MORGAN, LEWIS & BOCKIUS
                              417 WALNUT STREET
16                            HARRISBURG, PENNSYLVANIA

17

18

19

20   APPEARANCES:

21      MARKOWITZ & KREVSKY, P.C.
        BY:  LAWRENCE S. MARKOWITZ, ESQUIRE
22
                FOR - PLAINTIFF
23
        MORGAN, LEWIS & BOCKIUS
24      BY:  VINCENT CANDIELLO, ESQUIRE

25                FOR - DEFENDANT
```

1  job performance?

2      A       Yes.

3      Q       When did those concerns begin?

4      A       Approximately late '95, into '96.

5      Q       What were the nature of those concerns, sir?

6      A       At Carlisle, the facility that he worked in

7  was extremely important to the CF system and a location that

8  if they have trouble, it was trouble for the whole system.

9      Q       What was the trouble that they were having?

10     A       Timely movement of freight, driver retention,

11  penalty pay.

12     Q       How was Mr. Wojewodzki involved in that?

13     A       I believe in the time period that you're

14  asking about, '95, '96, there were two managers responsible

15  for line haul and he was one of those managers.

16     Q       Were you only dissatisfied with Mr. Wojewodzki

17  or were you satisfied with the other as well?

18     A       I think later on we made a change and went

19  from two to one to see if that would correct the problem.

20     Q       And did it?

21     A       I don't recall if it was something that

22  happened right away.  The operation has evolved a little bit

23  from that time.

24     Q       At any time did you express concerns to those

25  junior to you in rank about Mr. Wojewodzki's performance?

COPY Exh C

1          IN THE UNITED STATED DISTRICT COURT
2        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

3   RICHARD C. WOJEWODZKI,              :
                    PLAINTIFF           :
                                        :
4           VS                          :    NO. 1:CVO1-285
                                        :
5   CONSOLIDATED FREIGHTWAYS, INC., :
                    DEFENDANT           :
6

7

8

9

10

11          DEPOSITION OF:    JEFFREY L. RICE

12       TAKEN BY:        PLAINTIFF

13       BEFORE:          DONNA J. FOX, REPORTER
                          NOTARY PUBLIC

14       DATE:            JANUARY 16, 2002, 1:00 P.M.

15       PLACE:           MORGAN, LEWIS & BOCKIUS
16                        417 WALNUT STREET
                          HARRISBURG, PENNSYLVANIA

17

18

19

20   APPEARANCES:

21      MARKOWITZ & KREVSKY, P.C.
        BY:  LAWRENCE S. MARKOWITZ, ESQUIRE
22
                FOR - PLAINTIFF
23
        MORGAN, LEWIS & BOCKIUS
24      BY:  VINCENT CANDIELLO, ESQUIRE

25              FOR - DEFENDANT

1  A   Yes, '96, exactly.

2  Q   When you came back to Carlisle, at that point

3 you came back as his supervisor, is that correct?

4  A   Correct.

5  Q   Before that had you ever been his supervisor?

6  A   No.

7  Q   Who informed you that you were being promoted

8 from Lorton and Manassas to the Carlisle facility?

9  A   Pete Ferguson.

10  Q   What was his job at the time?

11  A   Division manager.

12  Q   Do you know if anyone else -- was this

13 something you applied for or you were asked if you wanted

14 the job?

15  A   I was asked did I want the job.  I had to

16 interview for it.

17  Q   Who did you interview with?

18  A   Pete Ferguson.

19  Q   Anyone else?

20  A   No.

21  Q   You didn't have to interview with Mark Bunte

22 at all?

23  A   No.

24  Q   So you came back to Carlisle and that was in

25 the GOM position?

```
1        A        Correct.

2        Q        What does the GOM do?

3        A        GOM, the title means group operation manager

4    and basically you're responsible for the facility and the

5    operations and the personnel within.

6        Q        As far as direct reports goes, you would have

7    two ATMs, correct?

8                 MR. CANDIELLO:  Objection to the form of the

9    question.  When?

10                MR. MARKOWITZ:  When he came back to Carlisle.

11       A        When I came back to Carlisle, yes, there was

12   an ATM on the dock and an ATM in line haul.

13   BY MR. MARKOWITZ:

14       Q        Who were they?

15       A        Tom Larson was the ATM on the dock, and Dick

16   was ATM in line haul.

17       Q        Did you have any other direct reports aside

18   from either of them at that time?

19       A        Direct reports?  What are you saying?

20       Q        Who reported to you.

21       A        I thought you meant like a report to hand in.

22       Q        No.  Anybody else who reported to you directly

23   aside from your two ATMs at that time?

24       A        Everybody who would work there would

25   essentially report to me.  But we had layers where you had
```

1    to you that he had any problems with how Mr. Wojewodzki was

2    handling the line haul ATM at Carlisle?

3         A        Yes.

4         Q        Can you tell me what he told you?

5         A        He told me when you go back there, you're

6    going to have to try to get line haul together because it's

7    not running real well.

8         Q        Did he tell you what was not running well?

9         A        Basically -- he didn't get specific -- it's

10   just that we have a lot of problems in line haul.

11        Q        Did he make any specific recommendations to

12   you as to what could be done to improve line haul?

13        A        No.  He did make a statement just to say when

14   you get there, see if Dick is the right person for the job.

15        Q        Did he give you any goals that he wanted you

16   to achieve?

17        A        Penalty pay.

18             MR. CANDIELLO:  Let me make sure I understand

19   your question.  Your question goes to line haul only?

20             MR. MARKOWITZ:  Correct.

21        A        I'm trying to remember.  The only thing I can

22   remember is penalty pay.

23   BY MR. MARKOWITZ:

24        Q        What is the goal that he wanted you to achieve

25   with respect to penalty pay?

1       A       Back then I think the penalty pay was 16, I
2    think 16 minutes.  It's been reduced since so I'm not sure.

3       Q       Any other goals that he gave you?

4       A       Yes.  There was a recommendation that we need
5    to fix the supervisor retention.

6       Q       What did he say about the supervisor retention
7    during this conversation?

8       A       I think that in the period of three years we
9    lost 23 supervisors.  And we can't afford to keep hiring and
10   training new supervisors; we need to be able to keep them.

11      Q       Anything else that he gave you in way of goals
12   before you went back up to Carlisle as the GOM?

13      A       Not that I can remember.

14      Q       Did he express any concerns over how
15   Mr. Larson was doing his job?

16      A       No, he didn't.

17      Q       Did he give you any goals as to the dock
18   operation as to what he wanted done?

19      A       Yes, he did.

20      Q       What did he tell you?

21      A       Basically our low-factor goal and our bills
22   per-hour goal.

23      Q       He wanted to see them improve?

24      A       Yes.

25      Q       When you got there and took over as GOM, did

13

```
1    you sit down with Dick and discuss any concerns with him
2    that...
3         A        Are you done?
4         Q        Yes.
5         A        I thought you were still asking a question.
6         Q        I was done.  I wasn't sure if I was done, but
7    I was done.
8         A        Yes, I did.
9         Q        Would anyone else have been present aside from
10   the two of you?
11        A        No.  I was just very personal, and I told him
12   what we had to do and things we need to get done.
13        Q        Tell me to the best of your knowledge when you
14   had this conversation.
15        A        To the best of my knowledge, I remember
16   sitting down talking to Dick and telling him, you know, our
17   penalty pay, we got to reduce our penalty pay; I know it's
18   not going to happen overnight but there's things we have to
19   do and put in place.  And I said I have to learn a lot more
20   what's going on; and also, can you tell me what the problem
21   is and why so many people are leaving, why can't we keep any
22   supervisors.
23                 MR. CANDIELLO:  The question he asked was when
24   did that happen.
25        A        I thought you asked to the best of my
```

1          A          I really can't answer that.

2     BY MR. MARKOWITZ:

3          Q          Did you have that problem in Lorton or

4     Manassas?

5          A          No.

6          Q          Did he indicate why he couldn't get good

7     people?

8          A          No.

9          Q          Did you give him any suggestions on what he

10    needed to do to stop attrition?

11         A          We talked about it.  What I did is talked to a

12    lot of the supervisors to try to find out what the problem

13    was.  Some of the people I even talked to who had left, I

14    asked them if they would come back or what the problem was.

15         Q          This, I take it, was not done over your first

16    week?

17         A          No.

18         Q          It was done over a period of time?

19         A          Yes.

20         Q          As you grew into the GOM job there, did you

21    see any other problems with Dick other than the two that

22    Mr. Ferguson had identified to you, the penalty pay issue

23    and the attrition issue?

24         A          Yes.  I seen a problem with being able to

25    communicate.

| 1 | Q | Absolutely nothing? |
|---|---|---|
| 2 | A | No.  You said did he take any action? |
| 3 | Q | Yes. |
| 4 | A | No.  Did I ask him to? |
| 5 | Q | Yes. |
| 6 | A | Yes. |
| 7 | Q | What did you ask him to do? |
| 8 | A | I told him to give me a plan of action how we |

9  were going to be able to reduce the penalty pay.

| 10 | Q | Do he do that? |
| 11 | A | Initially, no.  And then I kept asking him and |

12  he finally got me a plan of action.

| 13 | Q | What was that plan of action? |
| 14 | A | I can't remember. |
| 15 | Q | Was it followed through? |
| 16 | A | No. |
| 17 | Q | To your recollection did you even think that |

18  that plan of action had a chance of success?

| 19 | A | What I told him -- to answer your question, |

20  no, because I had to go to Pete Ferguson and ask for the

21  authority to hire more people.

| 22 | Q | Wasn't Carlisle understaffed, though, at any |

23  time anyway?

| 24 | A | Yes. |
| 25 | Q | Were you asking to hire more than just the |

1    Q        As far as the retention issue goes, did
2    Mr. Wojewodzki provide you with a plan on that issue?
3    A        Yes, he did give me a plan on that, also.
4    Q        Did he give you one right away; or did you
5    have to pull teeth on that one, also?
6    A        I pulled teeth on that one, also.
7    Q        Do you remember what the plan he gave you was?
8    A        The plan had to do with training,
9    communicating with the supervisors and to supply them with a
10   schedule that would benefit their way of life.
11   Q        Was any of that adopted?
12   A        The training never came into being.  The
13   schedule came but it came like on a two-week interval or
14   three-week interval, which is not what I wanted.  I wanted
15   them to be able to plan their life.
16   Q        What was the interval you wanted it to be on?
17   A        At least six months.  I told him at least six
18   months.
19   Q        You told that to Dick?
20   A        Yes.
21   Q        Anything else on the retention plan that
22   occurred or didn't occur?
23   A        No.  That was it.  Really, nothing occurred.
24   Q        Was retention in some way hurt by the forming
25   of the Northeast Service Center and having to send line haul

1     Q        What happened to them?

2     A         I sent the e-mail to Dick.  And I didn't send

3 it as though I was planning to do something.  I sent it for

4 him to get something done.  So I don't know what happened to

5 the e-mail.  I mean I didn't keep it.  I just sent it to

6 him.

7     Q        You wouldn't keep a copy when you would send

8 that?

9     A        No.

10    Q        You also spoke with him in person?

11    A        Yes.

12    Q        Are you able to tell me approximately how many

13 times you met with him in person to express your

14 dissatisfaction?

15    A         I wouldn't be able to put a number on it.

16    Q        Would it be more or less than five?

17    A        It would be more than five.

18    Q        Are you able to tell me what you told him in

19 these conversations that you were dissatisfied with?

20    A         We had a conference call every morning at

21 8:00.  And on that conference call, we had to discuss our

22 operation, our dock and our line haul operation.  Usually

23 every day we would have a problem that we didn't do

24 something in the line haul.  So after the conference call,

25 we usually talked we have to get this fixed or we have to

1   get that fixed.  We can't come up on a call every day and
2   not know the answer to these questions.
3                   So every day we talked and every day we were
4   in the same room during the conference call.  So there was a
5   lot of issues that weren't done behind closed doors with
6   just him and I.  Even some of the other supervisors were in
7   the room.  But it was done as a team concept this is what we
8   have to do, we have to get this done.
9        Q        Did you ever pull him aside at anytime
10  privately to let him know of your displeasure with how he
11  was doing his job?
12       A        Yes.
13       Q        Could you describe those conversations?
14       A        Basically, it's the same thing, Dick, I asked
15  that you give me a plan of action, we have to follow through
16  with it; or when are you going to get the supervisors'
17  schedules done so the supervisors know when they're going to
18  be able to take vacation or know when they're going to be
19  off; we need to get these things done; we need to make sure
20  that when we get on the call, we have our I's dotted and our
21  T's crossed.  It was basically that type of conversation.
22       Q        Did you ever tell Dick that his job was in
23  jeopardy if things didn't improve?
24       A        Yes.  And I even worded it as our job is in
25  jeopardy.

24

1      Q       Meaning both you and him?

2      A       Right.

3      Q       Were you receiving heat from Pete Ferguson

4  about this?

5      A       Yes.

6      Q       What kind of heat were you receiving from him?

7      A       One of the things that was said that I

8  particularly didn't care for was, you don't want to be known

9  as the person who almost fixed Carlisle.

10     Q       That's something Pete said to you?

11     A       Yes.

12     Q       Anything else that Pete said that you took as

13 being pressure being put on you as well?

14     A       Oh, yeah, there was pressure all the time that

15 you have to get it done, you have to get it done.  And if

16 it's not you, then whoever is working for you.

17     Q       Did you ever receive any pressure from anyone

18 above Mr. Ferguson regarding the line haul operations in

19 Carlisle while Dick was there?

20     A       Yes, there was pressure.  It was indirect, but

21 I knew where it was coming from.

22     Q       Tell me about it.

23     A       It was from Mark Bunte because Mark Bunte was

24 -- I guess at that point he was vice president of

25 transportation, which line haul was under his jurisdiction.

1      Q        What was he doing to put indirect pressure on

2   you?

3      A        Basically he has already said that is Dick the

4   right person for the job, can he get the job done.  And at

5   that point, I said, well, what I need to make sure is that

6   we have proper staffing and I need to get some more

7   supervisors to give him an opportunity to make sure he can

8   get the job done.  That's what I went to Pete Ferguson for,

9   the extra supervisors.

10     Q        Did you ever speak with Dick about his

11  communication skills?

12     A        Yes.

13     Q        Tell me about those conversations.

14     A        I talked to Dick.  I said, I've talked to a

15  lot of supervisors and they don't like coming to you for

16  questions, they don't like coming to you to ask you anything

17  because of your demeanor, so they can't learn, because

18  although Dick is knowledgeable, he wasn't able to train or

19  to communicate.  And he even told me on different occasions

20  he's going to work on it, that he's going to get better at

21  communicating.

22     Q        Who made the decision to transfer Dick out of

23  Carlisle?

24     A        Pete Ferguson.

25     Q        Tell me how the decision was arrived at to the

```
1        A        His title did change.

2        Q        What did his title change to?

3        A        His title changed to DOM because of the

4   restructuring of the line haul configuration.

5        Q        Did Mr. Kot have the same title as

6   Mr. Wojewodzki had?

7        A        No, because we took the ATM out of line haul

8   operations throughout the company and what they replaced

9   them with was called regional operations managers.  So he

10  was an ROM.  It was a new title.  No one ever had that

11  before.  But it took the place of the ATM.

12       Q        Did Mr. Corson's duties change in any way from

13  when Mr. Wojewodzki was transferred to when he received his

14  new title?

15       A        No.

16       Q        He kept on doing the same thing with just a

17  different title?

18       A        Exactly.

19       Q        How about Mr. Kot, did he pick up additional

20  responsibilities?

21       A        Yes, he did.  He was responsible for the line

22  haul operation and the regional dispatch.

23       Q        Did Mr. Corson in any way report to Mr. Kot?

24       A        He reported directly to Mr. Kot.

25       Q        What were his job duties, Mr. Corson's job
```

30

1   duties?

2        A        Just the basic fundamentals of the operation:

3   Make sure everything was running right and reporting to Jim

4   any problems he might have had.  Basically a lot of times,

5   he would just fill in for different supervisors, also.

6        Q        That was his job when he worked under

7   Mr. Wojewodzki, also?

8        A        Exactly.

9        Q        You mentioned that you talked to various

10  employees about Mr. Wojewodzki and their thoughts and

11  feelings about him.  What did that reveal to you?

12       A        That's where I got the information that his

13  communication skills lacked.  I had supervisors come to me

14  in private to my office and let me know their concerns about

15  the line haul operation.

16       Q        Such as who?

17       A        Some of the supervisors are no longer there.

18  Chris Farland, Steve Sheaffer.  I'm trying to think of some

19  of the names.  Ronnie Polovac.  Just about -- maybe about

20  four different people came to my office and just expressed

21  their concern.

22       Q        Did you ever observe Mr. Wojewodzki

23  communicate inappropriately towards one of his employees?

24       A        Yes.

25       Q        Can you give me an example of what you

1    observed?

2        A        What I observed was him being short,

3    quick-tempered.  And what it revealed to me was I don't have

4    the time to talk to you.  So it kind of turned the guys

5    off.  When they needed to go to him, they just didn't go to

6    him.

7        Q        Who did they go to instead?

8        A        Pat.

9                 MR. CANDIELLO:  Pat Corson?

10       A        Yes.

11   BY MR. MARKOWITZ:

12       Q        Who was charged with the responsibility of

13   telling Mr. Wojewodzki that he was being transferred?

14       A        I was.

15       Q        Do you remember what day you did that?

16       A        I'm thinking.  And to the best of my memory,

17   it was a Thursday.

18       Q        Tell me to the best of your recollection what

19   was said by you and by Mr. Wojewodzki in that conversation.

20       A        First, I asked Dick to come over to my office

21   because I discovered that he was in the line haul building,

22   which I didn't know -- he wasn't supposed to be at work that

23   day.  And I was already in the process of trying to get a

24   hold of him.  So I said could you stop over here.

25                When he stopped over there, I told him, I

1      Q      Did you provide him with the name of someone
2  who could answer that question?
3      A      I told him that Pete would be in there on
4  Tuesday and Pete was going to talk to him on Tuesday.
5      Q      But that was something that came up in the
6  transfer meeting?
7      A      Yes.
8      Q      Since the time of his transfer, has
9  Mr. Wojewodzki ever come under your supervision again?
10     A      No.
11     Q      After the transfer was made, who did Jim Kot
12  end up supervising?
13     A      He supervised everyone in the line haul
14  operation.
15     Q      Who did Pat Corson supervise?
16     A      Everybody below him.  He reported to Jim.
17     Q      Do you know a Wayne Kennard?
18     A      Yes.
19     Q      What is his position?
20            MR. CANDIELLO:  Today?
21            MR. MARKOWITZ:  Yes, today.
22     A      Human resource manager.
23  BY MR. MARKOWITZ:
24     Q      How about at the time of Dick's transfer, what
25  was his position?

```
 1        Q        Was he there while Dick was there and you were
 2   there?
 3        A        Who, Richard Pena?
 4        Q        Yes.
 5        A        No.
 6        Q        When was he in Carlisle?
 7        A        He was in Carlisle when I came back.  But
 8   Richard Pena, as I remember, was in York.  He was a dispatch
 9   supervisor in York.
10        Q        How about Mark Walszak, W-a-l-s-z-a-k?
11        A        Mark Walszak was there.
12        Q        What was he doing?
13        A        Supervisor.
14        Q        On line haul?
15        A        Yes.
16        Q        What is your date of birth?
17        A        5/29/53.
18        Q        To your knowledge are their fringe benefits
19   that ATMs receive that FOMs do not receive?
20        A        No.
21        Q        What is the difference between what an ATM
22   does and what an FOM does?
23        A        An FOM is, I would say -- ATM and FOM?
24        Q        Yes.
25        A        The ATM is responsible for all of the FOMs in
```

1      Q        When you first arrived at the Carlisle

2  terminal, who was responsible for recruitment of transport

3  operators?

4      A        That's the job requirement of the ATM of line

5  haul.

6      Q        When you returned to Carlisle as the GOM in

7  that year 1999, did you get involved at all directly as the

8  GOM in transport operator recruitment?

9      A        Yes.  I took ownership of the whole process.

10     Q        When you say you took ownership, does that

11  mean that Dick Wojewodzki was relieved of that duty?

12     A        We needed drivers badly and the problem was we

13  couldn't hire any.  So what opportunity did you look at,

14  what channels did you take to hire drivers, did you do this,

15  did you do that.  So I did a number of different things that

16  he didn't do, and I was able to hire at least 50 drivers.

17     Q        Did you have Mr. Wojewodzki get involved in

18  your activities of recruiting transport operators?

19     A        No.  Actually, I had the people show up in the

20  dock operation building and I interviewed them there.  And I

21  gave them their test there and called them back.  And I used

22  one of the clerks in line haul to do the finishing part of

23  it.

24     Q        You said you hired 50 transport operators.

25  Over what period of time did you hire that group?

1      Q      How do you know that?

2      A      On the calls, every time we would have a call,

3 he would ask Dick, how are you doing on the hiring, you know

4 we need 50 drivers in Carlisle, are you able to get them,

5 how many did you process.  And we were always coming up

6 short.

7      Q      Was he just not doing it at all or his efforts

8 were just not producing results?

9      A      I think his efforts weren't producing results

10 due to a lack of effort.

11     Q      Was he able to hire any transport operators?

12     A      While I was there, he may have hired one or

13 two.

14     Q      You also mentioned about giving -- you would

15 interview them and later you would give them a test.  What's

16 the test that you would give them?

17     A      At that time we had what was called the

18 Wunderlich, and every person who was employed by CF had to

19 take a Wunderlich Test.

20     Q      Is that a pencil-and-paper type of test?

21     A      Yes, it is.

22     Q      That does like a psychological profile?

23     A      Psychological profile.

24     Q      This wasn't anything where you had to do a CDL

25 test for them to test their driving skills?

Exh D

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD C. WOJEWODZKI,                    :
                    PLAINTIFF            :
                                          :
           VS                             :      NO.  1:CV01-285
                                          :
CONSOLIDATED FREIGHTWAYS, INC.,           :
                    DEFENDANT             :


                        VOLUME 1


            VIDEO
            DEPOSITION OF:  RICHARD C. WOJEWODZKI

            TAKEN BY:       DEFENDANT

            BEFORE:         SHERRY BRYANT, RMR, CRR
                            NOTARY PUBLIC

                            TORR PIZZILLO, LEGAL
                            VIDEO SPECIALIST

            DATE:           OCTOBER 31, 2001, 10:06 A.M.

            PLACE:          MORGAN, LEWIS & BOCKIUS
                            417 WALNUT STREET
                            HARRISBURG, PENNSYLVANIA



APPEARANCES:

      MARKOWITZ & KREVSKY, P.C.
      BY: LAWRENCE S. MARKOWITZ, ESQUIRE

         FOR - PLAINTIFF

      MORGAN, LEWIS & BOCKIUS
      BY: VINCENT CANDIELLO, ESQUIRE

         FOR - DEFENDANT



GEIGER & LORIA REPORTING SERVICE - 1-800-222-4577

1    Q        Did you have a specialty?

2    A        I was in the Transportation Corps.

3    Q        Have you ever been convicted of a crime?

4    A        No, sir.

5    Q        Would that include a traffic offense as well?

6    A        No, sir, I've not been convicted.

7    Q        You're very lucky compared to the rest of the

8    world.  What is your date of birth?

9    A        January 15th, 1943.

10   Q        Your current age today is?

11   A        I am 59.  I'm sorry, 58.  '43, 2001 would be

12   58.  I'm sorry.

13   Q        So I take it from the date of your birth and

14   the way you've described your age today, you will be 59 in

15   January of this coming year?

16   A        That is correct.

17   Q        Thank you.  What education have you achieved

18   and let's start with high school?

19   A        Four years of high school.

20   Q        Where did you attend high school?

21   A        Saint Anthony's of Padua in Jersey City, New

22   Jersey.

23   Q        Have you gone to college?

24   A        Yes, I did.  I went to what was known as

25   Pennsylvania Military College, now known as Widener.

```
1      chain of command I follow is Barry first.

2              Q        What is your current position?

3              A        My current position is FOM, freight operations

4      manager.

5              Q        For how long have you been in that position?

6              A        Since December 6, 1999.

7              Q        I'm going to walk through again the locations

8      you identified at which you worked for CF and see if you can

9      approximate the amount of time you were in each of those

10     locations.  As I understood it, you began in Philadelphia.

11     Approximately how long were you there before transferring to

12     Camden?

13             A        I really don't know exactly, sir, because

14     Camden, New Jersey was a brand new facility or a new

15     terminal.  The concept then was to operate or organize the

16     smaller terminals, close the larger terminals and, you know,

17     better service for customers.  I would say possibly a year,

18     you know, from Philadelphia to Camden.

19             Q        Let's work backward from your current position

20     and see how that -- that's more important, I think.  You've

21     been in York currently since December 6, 1999; correct?

22             A        That is correct.

23             Q        Prior to that you said you were in Carlisle.

24     For how long had you been in Carlisle?

25             A        I was in Carlisle from July of 1995 through
```

1    almost the end of August of 1999.  And then I had a couple

2    months being located between Norristown, Philadelphia, and

3    then back to York.

4         Q         During the period of August '99 until December

5    6, '99, were you in York for --

6         A         No, sir.

7         Q         -- that approximate three-month period?

8         A         No, sir.

9         Q         I take it then you were in the Norristown,

10   Philadelphia terminal areas during that time?

11        A         That is correct.

12        Q         Prior to going to Carlisle in July of 1995,

13   how long had you been in York?

14        A         I arrived in York in 1987.

15        Q         How long had you been in Baltimore before

16   going to York?

17        A         '84 to '87.

18        Q         How long were you in Bristol before going to

19   Baltimore?

20        A         I was in Bristol for seven years.  So that

21   would be 1977 through 1984.

22        Q         How long were you in Philadelphia before going

23   to Bristol?

24        A         Approximately six months.

25        Q         How long were you in Camden before going to

```
 1        Q        Do you have any reason to disbelieve that
 2   statement to you?
 3        A        A division manager, you know, I know has, you
 4   know, responsibilities for X amount of terminals.  So
 5   probably his schedule on Monday was a little busy.
 6        Q        Over what division did Mr. Ferguson have
 7   responsibility?
 8        A        The mid-Atlantic division.
 9        Q        What states are covered by the mid-Atlantic
10   division?
11        A        Maryland, Virginia, Pennsylvania, and I think
12   that's about it, sir.
13                 MR. MARKOWITZ:  Delaware?
14        A        There's nothing in Delaware and there's
15   nothing -- there was a terminal in Jersey, but that was given
16   to another division.  That's Trenton, New Jersey.
17   BY MR. CANDIELLO:
18        Q        When you saw Mr. Ferguson on Tuesday, what
19   time of day was it?
20        A        It was early afternoon.  It was after lunch.
21        Q        How did you know that was the time for you to
22   meet with him?
23        A        I was told that Mr. Ferguson would see me in
24   the afternoon.
25        Q        Who told you that?
```

1    A         Again, I'm going to have to say Mr. McIntyre.

2    But it was another -- it was either Frank Soper or Dan

3    McIntyre who told me that Mr. Ferguson would see me on

4    Tuesday afternoon.

5         Q         When Mr. Ferguson met with you, in which

6    office did he see you?

7         A         The terminal manager's office.

8         Q         When he met with you, were the two of you

9    alone?

10        A         Yes, we were.

11        Q         Was the door shut?

12        A         Yes, sir.

13        Q         Tell me everything you remember coming out of

14   Mr. Ferguson's mouth and yours.

15        A         My first question was to ask Mr. Ferguson why

16   I was removed or reassigned from Carlisle, Pennsylvania to

17   Norristown, and he told me that there were three specific

18   reasons why he was going to say, you know, I was taken out or

19   reassigned.  He said first, he said the penalty pay in line

20   haul.  The second was the attrition of employees.  And the

21   third was that I lacked the leadership skills in the new age

22   to help the company go forward, which I assumed were

23   leadership responsibilities.

24        Q         So that I understood what you said as to the

25   third reason, that you lacked leadership skills in the new

```
 1        A          I'm speculating.

 2        Q          I take it then that when he used that phrase

 3   "new age" that didn't immediately bring to your mind some

 4   image of either a marketing program of CF or a method of

 5   management style or something like that?

 6        A          No, sir.

 7        Q          Had you ever heard Mr. Ferguson use that

 8   phrase prior to that day?

 9        A          No, sir.

10        Q          When Mr. Ferguson described these reasons as

11   the cause for your transfer to Norristown, what, if anything,

12   did you say in reply?

13        A          In reply, going back to the first one, the

14   penalty pay, I was the person who identified the problem that

15   was in the line haul operation.  And when you lose your four

16   strongest supervisors into a new program back in 1988, April

17   of 1988, which was the creation of the northeast regional

18   control center, I lost my four strongest supervisors to that

19   operation, because I was told that that operation will work,

20   under any circumstances, it will work, it will fly.

21        Q          Who told you that?

22        A          I was told that by Mark Bunte.

23        Q          Spell Bunte.

24        A          B-u-n-t-e.

25        Q          Who was he at the time?
```

49

```
1        Q        You said that you established a planner
2   position when you were in Carlisle?
3        A        Yes, sir.
4        Q        As I understood it, you said you lost your
5   four strongest supervisors in 1988?
6        A        '98, sir.  Maybe I, you know, didn't state it
7   properly, but we moved from York to Carlisle in 1995, okay.
8   And the planning position was done when we first started in
9   Carlisle in 1995.  It was a whole new operation.  And then
10  the regional control office, the northeast regional control
11  office came into existence in April of 1998, and that's when
12  I lost my four strong supervisors.
13       Q        Where was the northeast regional office
14  physically located?
15       A        On the same floor, the desk next to the
16  planner.
17       Q        What position was it that the planners you
18  have identified went into?  Do you remember the jobs they
19  assumed?
20       A        They went into northeast -- they went into the
21  northeast regional control center and they were being paid
22  the salary of an FOM.
23       Q        Do you know what their title was?
24       A        I would have to say line haul supervisor, sir.
25  I don't know.
```

```
 1        Q         When your planners went over to the northeast
 2   regional office, were you permitted to replace them?
 3        A         I'm trying to think how many people I had
 4   working at the time.  Yes, I would have to say yes, that I
 5   was permitted to replace, if not four, at least a certain
 6   number, maybe two or three of the four people.
 7                   MR. CANDIELLO:  Let's take a short break.
 8                   THE VIDEO OPERATOR:  We are now going off
 9   camera.  The time is 11:11.
10                   (Recess.)
11                   THE VIDEO OPERATOR:  We are now back on
12   camera.  The time is 11:30.
13   BY MR. CANDIELLO:
14        Q         Mr. Wojewodzki, did you happen to remember the
15   name of the fourth supervisor who you thought was so good?
16        A         No, I didn't.
17        Q         Do you know if that fourth supervisor
18   currently works in the northeast regional office?
19        A         I want to say the man's name is Lloyd Zercher,
20   but I am not, you know, positive that it is that individual.
21   He was one of my strong supervisors at the time, but he was
22   reassigned to York and then he came back to Carlisle.
23        Q         Zercher, Z-e-r-c-h-e-r?
24        A         That is correct.
25        Q         Now, these four were sent over in April of
```

1    1998; is that correct?

2        A        That is correct.

3        Q        Previously I asked you and I believe you

4    testified that you had no authority to in any way restrict or

5    inhibit their movement over to the northeast regional office;

6    is that correct?

7        A        Well, I was given the ultimatum, sir, that

8    this new operation was going to succeed, okay.  And so I put

9    the strongest, four strongest supervisors in that capacity.

10       Q        Was it your decision to place those four

11   there?

12       A        Yes, sir.

13       Q        Was anyone else involved in that decision

14   making?

15       A        Steve Deichman had part of it.

16       Q        At that time, what role did Steve have?

17       A        He was working for NET, N-E-T, and he was a

18   field trainer.

19       Q        When I had asked you earlier about where

20   people were in 1988, were you thinking 1998 as we were going

21   through that process?

22       A        Yes, sir.

23       Q        Thank you.  You were an ATM in York for the

24   entire period you were there from 1987 until July of '95?

25       A        Yes, sir.

```
 1   believe it's a no, so apparently we did not.  And I intend to
 2   come back to these things, because I try to keep in mind what
 3   we have covered.
 4                Tell me what else was said, because I
 5   understood you were being told of the three reasons, and as
 6   you were going back to the three reasons you talked then
 7   about losing your four strongest supervisors; correct?
 8        A       Uh-huh.
 9        Q       Which had occurred sometime in April of '98?
10        A       Correct.
11        Q       Then did you raise that loss to Mr. Ferguson's
12   consciousness at the time on that Tuesday you were speaking
13   to him in the afternoon in Norristown?
14        A       Yes, I did, sir, plus I did have a detailed
15   report that I sent to Mr. Ferguson when he first came in with
16   the company -- I mean into the division, because he wanted to
17   know what the problems were, especially with the penalty pay,
18   the problems with attrition.  Those were the two most serious
19   problems that I had at the time, loss of personnel and the
20   penalty pay.  And I identified the problem and, you know,
21   then it's brought up to me as that I was the cause for the
22   attrition and the penalty pay.
23        Q       I take it you disagreed?
24        A       Yes, I did.
25        Q       And did you disagree to Mr. Ferguson on that
```

61

1    occasion?

2         A          Yes, I did.

3         Q          When did you send him the e-mail on these two

4    problems?

5         A          I believe that was the first quarter of 1999.

6    I believe he came into the division either November-December

7    of 1998, and I forwarded that information, upon his request,

8    the first quarter of 1999.

9         Q          So you -- just so that I understand, he came

10   in in the end of 1998?

11        A          Yes, sir.

12        Q          When he took over that position, apparently he

13   looked around at the various areas and he made a request to

14   you and said, tell me why we have these two problems; is that

15   correct?

16        A          That is correct.

17        Q          When you created your report to him, did you

18   attach it to his request?

19        A          Yes, I did.

20        Q          So it was a reply to an e-mail?

21        A          It was an amended reply to his original

22   e-mail.

23        Q          How did you amend your reply to his original

24   e-mail, did you keep your original reply?

25        A          I believe I did.  You do have a copy of the

1    percent?

2        A        It was 12.3, 12.2, something in that area.

3        Q        Did it rise in 1998?

4        A        My figures show about 14.2, 14.3 for the year.

5        Q        So the 12.2, 12.3 you gave us first you

6    believe was for the year 1997?

7        A        That is correct.

8        Q        14.2 to 14.3 was for the year 1998?

9        A        Yes, sir.

10       Q        Do you know what the yearly average was for

11   1999 for Carlisle?

12       A        It was in the twenties.

13       Q        Twenty what, any estimate?

14       A        I'd say 20.5.

15       Q        Not 25, 20.5?

16       A        20.5.

17       Q        That was the annualized number; correct?

18       A        Yes, sir.

19       Q        Line haul supervisors, did they get involved

20   in the dispatching of transport operators?

21       A        Yes, sir.

22       Q        Were they the folks involved in the actual

23   dispatch?

24       A        Yes, sir.

25       Q        So we had 18 line haul supervisors authorized

87

1    computer.

2        Q        How did you receive it?

3        A        You put in a certain message form and type in

4    PRSP, which is penalty pay responsibility, comma, CLP, and

5    you take it over to print head, and that gives you the report

6    on a weekly basis.

7        Q        Were you printing them off on a weekly basis?

8        A        Yes, sir.

9        Q        Why would you print them off on a weekly

10   basis?

11       A        To see where we were.  After the August 20 --

12   after the August reassignment see how the next, you know,

13   person was doing as far as penalty pay is concerned.

14       Q        Just to refresh my memory, when did Mr. Larsen

15   go to the dock?

16       A        He went to the dock while Chuck Smith was

17   still GOM.  So that had to be probably 1997.

18       Q        To what did you attribute the rise in

19   percentage from '97 to '98 in the penalty pay?

20       A        The penalty pay between 1997 and 1998, the

21   1997 came out to around 12.3, I think I stated, which was a

22   little bit over the goal that I was given.  The 1998 14.8 was

23   with the -- of the four supervisors that went into regional

24   control, the northeast regional control, and the new people

25   that we had to retrain, or train I should say, not retrain.

```
 1          Q          So you attributed part of it to the loss of

 2     the planners and another part to the turnover in the line

 3     haul supervisors; is that correct?

 4          A          Yes, sir, that is correct.

 5          Q          And before this morning, you said that you

 6     thought the annualized percentage in '98 was something around

 7     14.3.  You just said 14.8.  Which do you believe it is?

 8          A          I believe it's 14.3.  My mistake.

 9          Q          What was your goal for 1998?

10          A          12.3.

11          Q          So it had gone up a percentage from the

12     previous year?

13          A          Yes, sir.

14          Q          In 1999, you identified 20.5 was the

15     percentage; correct?

16          A          That is correct.

17          Q          What was your goal?

18          A          I believe it was still 12.3.

19          Q          To what would you attribute the rise from

20     approximately 14.3 in '98 to the 20.5 in 1999?

21          A          I would say the 1999 was again attributed to

22     the personnel turnover, the training of new people, which is

23     a costly -- you know, it's a costly venture, because of the

24     mistakes that are made.  And most of the reports are

25     generated by personnel input into the computer.
```

 1            And if somebody puts in a wrong time or wrong

 2    reason why a TO was off, that inflates your runaround pay,

 3    especially if you arrive a person, you know, six hours ahead

 4    of time or six hours later than what he actually came in at.

 5        Q        Who was responsible for training the line haul

 6    supervisors in their duties?

 7        A        Predominantly it would be myself would be

 8    training.  And then if Steve Deichman was in the area, he

 9    would do some training.  And then, of course, when Pat Corson

10    was promoted to ADOM, he'd have responsibility for training.

11        Q        When did Pat Corson get promoted?

12        A        Pat was promoted while Rich Conley was there,

13    because there was a chance that Pat was going to leave the

14    company because of the -- he had a problem with the two

15    different work schedules between the dock people and the line

16    haul people, plus he wanted some additional income.

17            And he was already poised and ready to go to

18    New Penn when Rich talked him out of going.  And then he

19    asked me if I had any objections if he promoted him to ADOM,

20    and I said, of course not.  And with the promotion he covered

21    both bases.  He gave him the salary that he was looking for

22    plus promotability.

23        Q        This was Mr. Conley?

24        A        Yes, sir.

25        Q        I thought Mr. Conley was the GOM?

1    the weekends.  My schedule was that the person would work,

2    possibly to give them a break, it would be Monday-Tuesday,

3    off Wednesday, maybe Thursday-Friday and then off Saturday

4    and Sunday.  But we had to work each supervisor four days a

5    week.  It's not like the seven days that, you know, the other

6    people are on.

7         Q         I may have misheard you, but could you go back

8    over again how those four days might be distributed within a

9    week.  Monday-Tuesday, then?

10        A         Monday-Tuesday, then it could be -- without

11   looking at a schedule, okay, it could be Monday-Tuesday and

12   then they could be off Wednesday-Thursday and then they could

13   work Friday, Saturday and Sunday, and then next week they'll

14   only work Wednesday-Thursday.

15                  But I would have to make sure that they

16   worked, each man worked four days of that workweek.  And our

17   workweek goes from Sunday through Saturday.  So even though

18   they would work the weekend, they would be workdays of two

19   different weeks.

20        Q         Did any of your line haul supervisors complain

21   about the way their workdays were distributed within a

22   workweek?

23        A         Yes, sir.

24        Q         Did they complain to you?

25        A         Yes, sir.

```
 1        Q        What did they say?

 2        A        That it was -- it was, you know, difficult to

 3   make plans and it was difficult to -- difficult to work the

 4   times that were scheduled.

 5        Q        How far out in advance would you create a

 6   schedule?

 7        A        I would say the shortest period was two

 8   months.

 9        Q        So if we were looking at the beginning of

10   November now, when would you have created a schedule for a

11   November when you were an ATM, two months before that or a

12   month before that?

13        A        Probably a month before that.  It would

14   encompass October, November.  There would be a two-month

15   posting on my door of the work schedule.

16        Q        And then at the end of October then you would

17   have a December-January schedule put together?

18        A        Yes, sir.

19        Q        It would always be a month ahead?

20        A        I would have the month of December.  Yes, sir.

21        Q        Why would it be hard to schedule if you were

22   giving everyone a month's notice and they would be scheduled

23   for specific days?

24        A        They -- you know, they were enticed with that

25   schedule that the dock people were working.  They wanted to
```

1   have marked at least this series in the lower right-hand

2   corner beginning with Bates number 300051 and it concludes

3   with 300071.

4           Within this series of pages you believe you

5   have found the e-mail to which you have referenced.  Did you

6   say yes?  I didn't hear you.

7       A       Yes.  Yes, I'm sorry.

8       Q       I know it's very faint, but this is what I

9   have.  Can you, to the best of your ability, identify this as

10  a memo from you to Mr. Ferguson; is that correct?

11      A       It was an e-mail I had sent to Mr. Ferguson

12  and I cc'd or carbon copied Richard Conley.

13      Q       Who at that time was your GOM?

14      A       Yes, sir.

15      Q       The date of this e-mail was?

16      A       Wednesday, 16 December 1998.

17      Q       And when did you send it, shortly after lunch?

18      A       It says 12:43, okay, so...

19      Q       Shortly after lunch?

20      A       Yes.

21      Q       To the best of your ability, can you read

22  what's here?

23      A       It says (reading):  Mr. Ferguson, as per your

24  request Carlisle penalty pay per dispatch was below the 10.5

25  goal from January through the first week of April 1998.  The

```
 1        Q        The issue we were talking about was penalty
 2   pay.  When you referenced this, obviously you were talking in
 3   reference to all three issues he was raising to your
 4   consciousness; is that right?
 5        A        Yes, sir.
 6        Q        And you told him that you had sent this memo,
 7   and what was it, that you had asked for his help as a result
 8   of this memo?
 9        A        Yes, sir.
10        Q        And what about that?
11        A        Okay.  In April I believe of 1999 or possibly
12   May, he -- Mr. Ferguson authorized us to change the work
13   schedule from eight days to seven.  He also gave his
14   authorization to increase the line haul supervision I believe
15   by three, by three people.
16        Q        So you'd have 21?
17        A        Yes, sir.
18        Q        Is that part of the e-mails that are part of
19   this packet?
20        A        It should be, yes.  That's what I was trying
21   to turn to.  Okay.  As you can see, the one under number 3A,
22   okay, second page of 3A.
23        Q        What is the number at the bottom of the page?
24        A        300058.
25        Q        All right.
```

1      A        Right, sir.

2      Q        And apparently it was the schedule of four on,

3  three off that bothered the line haul supervisors?

4      A        Yes, sir.  It -- in reality it bothered them

5  because they were on a four-three schedule, and the other

6  part was is that the next building across the road from the

7  line haul building, those people were working less days.  And

8  I had a tough time selling, you know, selling why we were

9  working four days, okay.

10              We also when the dock was off for holidays

11  line haul was the guard service.  So we maintained a line

12  haul operation through the holidays.  The only time we didn't

13  work is Christmas Eve and Christmas day.

14     Q        Who was Wayne Kennard?

15     A        Wayne Kennard is the human resource man

16  from -- for eastern area.  I believe he's stationed or homed

17  in Massachusetts or Vermont.

18     Q        He'd come into the Carlisle terminal?

19     A        Yes, sir.

20     Q        And according to this memo, he had come in in

21  a recent visit and this memo was dated June '99, June 29th,

22  '99, so apparently he had come in sometime in the summer?

23     A        Yes, sir.

24     Q        Did the dock have the same turnover as you?

25     A        No, sir.

1      Q       Would that be something that would be
2  scheduled on a weekly basis?  In other words, you wouldn't
3  know that until the week came up that you would be scheduled
4  for Thursday or Friday -- or Wednesday or Thursday I mean?
5      A       I would put that on a schedule, sir, as soon
6  as I would know it.  And if I had it a month in advance I
7  would put it on in advance.  It would be on the calendar a
8  month in advance.
9      Q       Well, what if it -- how often did you have
10  that kind of notice?
11      A       There were times that it was -- emergencies
12  would arise or illness would come about that I would have to,
13  but, again, if I did that, if there was short notice, I would
14  call the individual into the office and explain to him what
15  was going on and let him know that, you know, that he would
16  be working an additional time.
17      Q       In 1998 and 1999, was it the case that the
18  line haul department schedule was being published every two
19  weeks because of attrition, difficulty of finding the people
20  to fill the slots?
21      A       I would say towards 1999, it would be.  There
22  were possibly weeks that the schedule was not posted except
23  for two weeks, yes.
24      Q       And still could be changed even frequently at
25  the last minute?

1       A          If it was necessary, yes.

2       Q          At the time in 1999, were dock operations

3   working 195 days a year and line haul was working 208?

4       A          That was mandated by upper management, sir.

5   It wasn't my decision.

6       Q          Well, that wasn't my question.  My question

7   wasn't whether it was your decision.  The question was, was

8   it the case that that's how people were working?

9       A          It probably was, sir, yes.

10      Q          Was there a 7-14 day schedule set up, seven

11  days out of 14, is that what you were doing?

12      A          That's what we eventually turned over to was

13  the seven days, seven workdays in 14 days, yes.

14      Q          Because of shortages of manpower, was it the

15  case that from time to time some of the men were not getting

16  weekends off?

17      A          They would be working every other weekend.

18  Even if there was no emergencies or shortages, they'd still

19  be working every other weekend.

20      Q          Was it the case because of some of the line

21  haul supervisors having five weeks of vacation that you had

22  to pull from the bank to fill in almost on a daily basis?

23      A          There were people there with five weeks

24  vacation because of seniority.  There were people that had

25  open heart surgery that were limited to duties.

1    plus I made, I made informal type memos with the distinctive

2    duties of each assigned area, dispatch, such as the planner,

3    such as the sleeper team op, you know, sleeper team

4    dispatcher, the meet and turn, the window responsibility.  We

5    did not have anything, to my knowledge, from the company to

6    be issued for line haul training.

7         Q        So there was no formal training?

8         A        No, sir.

9         Q        So do you think it would surprise you if one

10    of the line haul supervisors said that it's fly by the seat

11    of your pants training?

12        A        That's right.

13        Q        Would you agree with that?

14        A        Yes, sir.  Because that's what we did.  We put

15    the new man in with an experienced supervisor.  It was

16    myself, that we would work with the supervisor and, you know,

17    and then you'd -- just like they said, you'd throw them to

18    the dogs or you'd fly by the seat of your pants.

19        Q        When was the computer system put in place to

20    track information involving line haul?

21        A        I really don't know.

22        Q        Was it 1995?

23        A        We had computers, computer line haul generated

24    reports in 1995, but then we also went into a lot of

25    different programs.  And I'm trying to think, I don't know if

125

1    ADOM, he would fill in for -- or respond to whatever was

2    needed.

3        Q       How often were you getting complaints from

4    line haul supervisors about the schedule while you were in

5    Carlisle?

6        A       I would say it was -- well, on a weekly basis,

7    because they wanted the work schedule to be the same as the

8    dock operation.

9        Q       So let's get back to the conversation you were

10   having with Mr. Ferguson.  You indicated you'd sent the memo.

11   You had brought out these points that you had lost four

12   strong supervisors, but the four strong supervisors you had,

13   just to make it clear, were not line haul supervisors; right?

14       A       Yes, they were the line haul supervisors.

15       Q       I thought they were planners?

16       A       They were still in dispatch, sir.  They were

17   dispatchers that I called planners.  They were my strongest

18   people who planned the daily activity.  They were line haul

19   supervisors.

20       Q       When they left -- I may have asked this -- you

21   were authorized to replace them; correct?

22       A       Yes, sir.

23       Q       You didn't lose any strong or some of your

24   strongest line haul supervisors in '99, did you?

25       A       When the word was received by the supervisors

1  change is due to a discussion with Mr. Kennard and not a

2  discussion with you or Mr. Rice, is that right, from what

3  Mr. Ferguson writes?

4      A       Mr. Ferguson just enforced the suggestion.

5  Whatever Wayne Kennard wrote, I have never seen a report from

6  Wayne Kennard, because it was not privy to me.  It was only

7  for upper management.

8                  MR. CANDIELLO:  Let's take a short break.

9                  THE VIDEO OPERATOR:  We are now going off

10  camera.  The time is 2:39.

11                  (Recess.)

12                  THE VIDEO OPERATOR:  We are now back on

13  camera.  The time is 2:50.

14  BY MR. CANDIELLO:

15      Q       When we took a break, Mr. Wojewodzki, we were

16  speaking of the attachments to Deposition Exhibit 1.

17  Deposition Exhibit 1 is a letter, all of the documents are

18  attached to a letter you sent to the EEOC; is that correct?

19      A       That is correct, sir.

20      Q       Are you aware of any other ATM who had a

21  penalty pay percentage as you had in Carlisle who wasn't held

22  accountable for it?

23      A       Not to my knowledge, sir.

24      Q       And in terms of attrition or turnover, do you

25  know of any ATM who was not held accountable for attrition

1     for those individuals who reported directly to them?

2         A        Not to my knowledge.

3         Q        Do you know any ATM who had a turnover of the

4     numbers that you described at CF other than you?

5         A        No, sir, I don't.

6         Q        As we go through all of these documents, I

7     know we've gone through some of these, we go through the

8     first attachment, which is part of Deposition Exhibit 1,

9     begins on 300054, and the reason this was attached was what?

10    What were you trying to demonstrate with this?

11        A        I tried to demonstrate what the preliminary --

12    what the original plans were for setting up the Carlisle

13    facility as far as manpower is concerned.

14        Q        The second document you've attached I believe

15    we've gone over in some detail.  The third document was what?

16        A        It's an answer from Jeff Rice to Pete

17    Ferguson.  It says that -- Mark Bunte had asked him to

18    respond to the work schedule, which is -- begins on 0057, and

19    that is Jeff's response to Pete.  He asked him how does he

20    want him to answer Mark Bunte on that question.  And then

21    Pete said on the bottom there that he would handle Jeff,

22    don't respond at all, I'm working this through Brady.  And

23    then Jeff sent me a copy of that, and it says, Dick, here is

24    your answer, Jeff.

25        Q        When you were at CF and you'd worked in

1    A        The first one that comes to mind is Ron

2    Polischak, who was working in the northeast region.  His boy

3    played baseball and he asked me if he can take a vacation day

4    or give me his schedule of his son's games, and I would work

5    around him to ensure that he could attend his son's games.

6    Q        Polischak, wasn't he one of your best

7    supervisors?

8    A        Yes, sir.

9    Q        He's the one who went over to the northeast

10   region?

11   A        He was in the northeast region and now he's in

12   Wilkes-Barre, Pennsylvania.

13   Q        What about any of the lesser senior people, do

14   you recall anything you did to get them to stay,

15   specifically?

16   A        I wasn't successful in keeping them here, but

17   there was a gentleman, one of the newer employees, whose wife

18   was going through psychiatric care and he wanted to transfer

19   down to Orlando, Florida, because she had relatives down

20   there.  And I worked with the DOM in Orlando to see if, you

21   know, we can get him transferred down there, which he was.

22   Q        In your Deposition Exhibit 1, why did you

23   include 4A, which is at page 300062?

24   A        Well, this was a copy of a response from Pete

25   Ferguson to Tom Paulsen, who was the executive VP at the

1   above average, except for the penalty pay, and it indicated

2   that it needed attention or was un -- you know, it was the

3   negative part of being exceptional.

4          Q          Didn't note anything about the attrition

5   you've been experiencing?

6          A          No, sir.

7          Q          Did you say to Mr. Ferguson at the time you

8   saw him in Norristown that you felt that you should not be

9   held accountable for the penalty pay part?

10         A          In part I did, yes.

11         Q          What did you tell him about why you shouldn't

12   be held accountable for that?

13         A          Because of the constant turnover and the

14   training of new employees.  It doesn't take two weeks or a

15   month to make a dispatcher.  It takes a little longer time to

16   train a person to become a dispatcher.

17         Q          Did you tell Mr. Ferguson that you felt you

18   shouldn't be held accountable for the turnover?

19         A          Yes, I did, because I was following company

20   policy of my VP of eastern area, Pat Brady, who said you will

21   work four days, these people will be working four days out of

22   the week.

23         Q          Did your eastern area vice-president tell you

24   how to fill out schedules?

25         A          No, he did not.

1       Q       Did you believe the schedules had anything to

2  do with the attrition?

3       A       They were mandated by his office.  How could

4  you change -- out of seven days, how can you change working a

5  man four days out of seven and then next week working him

6  four days out of seven?

7       Q       Well, what about the constant change in the

8  schedules?

9       A       The schedules were not changing.  The only

10  changes that occurred on the schedule was that if emergencies

11  came up, somebody booked off sick, a funeral.

12       Q       Somebody quit?

13       A       Somebody quit, uh-huh.

14       Q       Was that happening pretty often?

15       A       We had some, yes.

16       Q       So I take it you didn't feel that those

17  circumstances were your responsibility either?

18       A       That whole department was my responsibility as

19  far as I accepted the duties of that position.  But I was

20  limited to what I could do.  I had the power to do the

21  scheduling, but I had to follow company guidelines on the

22  workdays of these individuals.

23       Q       You provided answers to interrogatories that

24  we submitted to you and we asked if in support of your age

25  discrimination claims you rely on any communication which you

EXHIBIT
*Wojewodzki*
1
10-31-01  58

To: Mr. George Marinucci
    U S Equal Employment Opportunity Commission
    21 South 5th Street
    Suite 400
    Philadelphia, Pa 19106-2515

Reference: Case Number 170A00898

Dear Mr. Marinucci

I am sending you this response referencing your letter
dated October 17,2000 with the new information that may
help in your determination of your decision. I request
that you please take into consideration the following
information being submitted at this time.

The Carlisle terminal was opened in July 1995 at which time
there were four assistant terminal managers assigned to the
operation:  Dock operation Jeff Rice and Richard Conley:
Linehaul operation Tom larsen and myself.Example 1 shows
the temporary supervisory needs for the new location as
submitted by Chuck Smith, newly promoted terminal manager of
the Carlisle facility. There was never a dispatch operation
manager appointed at this location until Pat Corson was promoted
to the position in August/September 1999.  There were four(4)
assistant terminal managers at the Carlisle facility until
Jeff Rice was promoted to terminal manager of the Alexandria, Va
terminal and the Manassass, Va terminal.  At approximately with
the same time period, Richard Conley was transfered to the York
terminal as the assistant manager.  When the two dock
assistant terminal managers were reassigned/promoted, Tom
Larsen was assigned to the dock operation and I continued my
linehaul responsibilities.

I was responsible as an assistant terminal manager/dispatch
opertion manager/northeast regional control manager and had
responsibilities in labor meetings and hearings and assisted
safety supervisor,Michael Gonder in the terminal's safety
program.

The penalty pay issue was corrected and was within the established
goals of the operation. When the newest operation was initiated in

Page 1

300051

April, 1998,I was instructed by upper management to place the four (4) strongest supervisors in that position.  This took away the strong supervisors and left the operation in the hands of lower seniority and less experienced supervsiors. This continued for several months until Mr Ferguson was promoted to Division Manager of the Mid-Atlantic Division.  Attachment 2 was an answer to Mr Ferguson advising him of the Clp Penalty Pay problems. As you can see from the date of the e-mail,December 16,1998, he was appraised of the Northeast Regional Control Center and the four supervisory personnel assigned: turnover of linehaul personnel not due to the penalty pay achievements but due to a dual work schedule of the dock supervisors and linehaul supervisors.  Linehaul supervisors were mandated to work 4 days/week or 8 days in a two week program while the dock supervisors were working a 2 days on:2 days off:and 3 days on: a total of 7 days in a two week period.This was a great concern of the linehaul supervisors that all terminal mgrs were appraised and knew about the situation including Jeff Rice and Richard Conley as well as the Division Managers,Chuck Smith and P. Ferguson. Please read the e-mail dated 1 July 1999  especially the area of Mr Ferguson's response to Mark Bunte which is marked attachment 3. Linehaul supervisory schedules were pre-set by the Linehaul Department Director, Mark Bunte, in Menlo Park, Ca.

E-mail marked attachment 4, dated March 29, 1999, indicates that supervisory additions were being addressed and requested; however, it was not until e-mail dated 11 June 1999, that clearly indicates what I have stated earlier.

Attachment 5 was prepared by myself and submitted on April 26,1999 for justification of additional supervisory personnel at the Clp facility.  Attachment 6 is additional information submitted on behalf of the three point justification of additional supervisors.

Attachment 7 dated May 19,1999 was sent to Michael Montgomery in Menlo Park, Ca to appraise him of the Clp situation and programs to be initiated to reduce this cost.

In your letter you stated that I received less than average performance ratings relative to penalty pay goals for the past two years.The performance received in 1998 of less than average was in the communication aspect with linehaul drivers:the penalty pay performance review of less than average was in 1999 by Jeff Rice. I couldn't discount this performance review;however,everyone from Menlo Park to Jeff Rice knew of the problems that had contributed to the high penalty pay to union transport operators. It has taken nine plus months with added supervisory personnel and additional department mgrs to attain weekly results in

Page 2

300052

penalty pay of the specified goal.

Knowing the problem in the linehaul department,I appointed
a brain storming committee to come up with possible solutions in
supervisory scheduling. Attachment 8 verifies the frustration of
the committee spokesman,Ken Swezey in his email dated May 24,1999.

Mr. Marinucci, I have numerous other emails/correspondence that
I can send you,if you reconsider your position on my charge.I was
one individual that now has three individuals in department
managerial position to run the Clp linehaul department:
Mr Jim Kot promoted to Manager-Northeast Regional Control Center:
Mr Pat Corson who was promoted to a vacant Dispatch Operation
Manager since the Clp facility opened in July 1995:
Mr Steve Deichman who is responsible for the entire Clp linehaul
operations and supervises Mr Kot and Mr Corson. I was one person
with total responsibilities of the linehaul operation and had less
supervisory personnel that are now employed in that department.

If the information submitted does not help in my request for your
findings review,I am requesting a right to sue letter from the
EEOC which may allow me to pursue this matter in court.I did not
lack leadership abilities,I displayed direction for the department
and the established work scheduling by Menlo Park directives
resulted in a turnover of personnel.

As a final note,the performance reviews both in 1998 and 1999 were
accompanied with a 3% pay increase each year and numerous above
average performance ratings were attained by me.There were seven
areas of job performance reviews and only one category of less
than average ratings attained by me.

Very truly yours,

Richard C Wojewodzki

Page 3

300053



```
TO:   DICK SKI                      CMF-YK-YK-DCS 23-May-95 13:28:06
      CHURCH ROAD AND I 83
      YORK              PA 17405

FROM: CHUCK SMITH / POP             CMF-PP-PO-CWS 22-May-95 23:17:12
      CFMF/POP

SUBJECT: TENATIVE SUPERVISORY NEED   CMF-YK-YK-DCS/MA#5833148
```

---

```
To:   BRIAN TIERNEY                          CMF-EO-OO-BJT
From: CHUCK SMITH / POP                       CMF-PP-PO-CWS
Date: Monday 22-may-95 at 11:34pm
Subject: TENATIVE SUPERVISORY NEEDS AT CLP
cc:   PAT BLAKE                               CMF-ER-00-PHB
      PATRICK BRADY                           CMF-ER-00-PJB
      ROBERT WARNER                           CMF-YK-OO-REW
      RICHARD CONLEY                          CMF-YK-YK-RXC
      DICK SKI                                CMF-YK-YK-DCS
```

THE NEEDS FOR CLP ARE AS FOLLOWS:

DOCK OPERATION

```
6   FREIGHT OPERATIONS MANAGERS
19  DOCK SUPERVISOR I
4   DOCK SUPERVISOR II
2   W&R SUPERVISORS
1   ASST. W&R SUPERVISOR
```

LINEHAUL OPERATION

```
1   ATM OR DOM IN CHARGE OF LINEHAUL
15  LINEHAUL SUPERVISORS (3 OF WHICH COULD BE ASST L/H SUPERS)
3   YARD COORDINATORS
```

WITH THE PRESENT STAFFING AT YKP CC MINUS WHAT WILL BE NEEDED AT THE
YORK METRO IT LOOKS LIKE THERE WOULD BE 23 POSITIONS FILLED LEAVING
28 POSITIONS NEEDING TO BE FILLED AT CLP.

**300054**

---

* * End of Message * * Printed on    23-May-95 at 13:29:00 MA# 5833148

TO: DICK SKI
    CFMF / CPD
    1 CAROLINA WAY
    CARLISLE          PA 17403

CMF-MA-CL-DCS 16-Dec-98 13:31:27

FROM: DICK SKI
      CFMF / CPD
      1 CAROLINA WAY
      CARLISLE        PA 17403

CMF-MA-CL-DCS 16-Dec-98 12:32:14

SUBJECT: CLP PENALTY PAY PER DISPA          CMF-MA-CL-DCS/MA1B000840

---

To:      PETER FERGUSON                                    CMF-MA-CG-PJE
CC:      RICHARD CONLEY                                    CMF-MA-CL-RXC
From:    DICK SKI                                          CMF-MA-CL-DCS
Date:    Wednesday 16-Dec-98 at 12:43pm
Subject: CLP PENALTY PAY PER DISPATCH

MR FERGUSON, AS PER YOUR REQUEST, CLP PENALTY PAY PER DISPATCH
WAS BELOW THE 10.5 GOAL FROM JANUARY THRU THE FIRST WEEK OF APRIL
1998. THE FACTORS THAT CONTRIBUTED TO THE DETERIORATION OF THIS
GOAL WERE THE FOLLOWING.

FIRST WEEK OF APRIL 1998, THE NORTHEAST REGIONAL CONTROL CENTER STARTED
TO FUNCTION. I SELECTED THE FOUR STRONGEST PLANNERS FROM PLANTSITES
AND PLACED THEM IN THE NEW OPERATION, SINCE THE REGIONAL CONTROL
REGION COULD NOT FAIL. WITH THIS VOID OF TALENT, THE CARLISLE GROUP
OPERATION SUFFERED  ( I HAVE SENT YOU A COPY OF THE WEEKLY PENALTY PAY
MINUTES FOR ...........

WITH THE SHORTAGE OF DRIVER RESOURCES, SCHEDULES WERE ......
SERVICE SENSITIVE ACCOUNTS, PRIMETIMES, HP AND 3M ......

ANOTHER FACTOR THAT SEVERELY AFFECTED THE PEN...  ...  ....  WAS THE
TURNOVER OF SUPERVISORS AND THE TRAINING OF REPLACEMENT SUPERVISOR .
THE BIGGEST LOSS WAS STEVE ...........

THESE THREE FACTORS HAVE AFFECTED CLP ......

AS WE COMPLETE OUR TRAINING OF THE NEW SUPERVISORS, GATHER EXPERIENCE
AND JOB KNOWLEDGE, THE GOAL WILL BE ATTAINED AND SURPASSED AS WE ...
SHOWN IN THE FIRST QUARTER OF 1998.

DI

FROM: JEFF RICE                              CMF-MA  -JLR 29-Jun-99 07:35:33
      CFMF / CLP

SUBJECT: Fwd: LINEHAUL WORK SCHEDU           CMF-MA-CL-DCS/MA#9224809

To:   PETER FERGUSON                         CMF-MA-OO-PJF
From: JEFF RICE                              CMF-MA-CL-JLR
Date: Tuesday 29-Jun-99 at 4:24am (12:24am Local time)
Subject: LINEHAUL WORK SCHEDULE

PETE, I AM SURE YOU HAVE SEEN THE TYPE FOR MARK BUNTE ON THE 3-2-2-3

SCHEDULE.

HOW DO YOU WANT ME TO REPLY TO THIS REQUEST?            ③

PLS ADVISE

JEFF

········· Routed on: Tue 29-Jun-99 at: 4:46am
    From: CMF-MA-OO-PJF PETER FERGUSON
    To: CMF-MA-OO-MCV MCV PRINTER                       CICS Printer

········· Routed on: Tue 29-Jun-99 at: 4:46am
    From: CMF-MA-OO-PJF PETER FERGUSON

········· Routed on: Tue 29-Jun-99 at: 5:16am
    From: CMF-MA-OO-PJF PETER FERGUSON
    To: CMF-MA-OO-MCV MCV PRINTER                       CICS Printer

········· Message amended by: CMF-MA-OO-PJF PETER FERGUSON
                         on: Tue 29-Jun-99 at: 7:11am

Jeff, don't respond at all.  I'm working this through Brady.


Pete/qs

········· Routed on: Tue 29-Jun-99 at: 7:11am
    From: CMF-MA-OO-PJF PETER FERGUSON
    To: CMF-MA-CL-JLR JEFF RICE

········· Message amended by: CMF-MA-CL-JLR JEFF RICE

                                                       Page    1


                      on: Tue 29-Jun-99 at: 7:35am

DICK,

HERE IS THE ANSWER


JEFF

········· Routed on: Tue 29-Jun-99 at: 7:36am
    From: CMF-MA-CL-JLR JEFF RICE
         CMF-MA-CL-DCS DICK SKT
         CMF-MA-CL-PXP PAT CORSON

**300056**

TO:   DICK SKI
      CFMF / CF
      1 CAROLINE WAY
      CARLISLE            PA 17403

FROM: PETER FERGUSON              CMF-MA-00-PJF-30-Jun-99-14:25:57
      CFC / MCV
      405 CHURCH ROAD
      YORK                PA 17402

SUBJECT: Fwd: LINEHAUL WORK SCHEDU        CMF-MA-CL-DCS/MA#9241423

(3.A)

From:  Bunte, Mark A - CFC  <Bunte.Mark@cfwy.com>
To: "baker, larry" <baker.larry@ems.cfwy.com>, "christmann, joe"
        <christmann.joe@ems.cfwy.com>, "coleman, richard"
        <coleman.richard@ems.cfwy.com>, "corson, pat"
<corson.pat@ems.cfwy.com>,
        "DaKnis, Bill" <daknis.bill@cfwy.com>, "dittman, john"
        <dittman.john@ems.cfwy.com>, "ehlers, wayne"
<ehlers.wayne@ems.cfwy.com>,
        "foster, Keith" <foster.Keith@ems.cfwy.com>, "green, mike"
        <green.mike@ems.cfwy.com>, "Haviland, Joe"
<haviland.joe@cfwy.com>,
        "imhoff, mark" <imhoff.mark@ems.cfwy.com>, "iwanaga, mike"
        <iwanaga.mike@ems.cfwy.com>, "johnson, Keith"
        <johnson.Keith@ems.cfwy.com>, "Koble, stu"
<Koble.stu@ems.cfwy.com>,
        "martin, tom" <martin.tom@ems.cfwy.com>, "mcguire, joseph"
        <mcguire.joseph@cfwy.com>, "miller, jim"
<miller.jim@ems.cfwy.com>,
        "musselman, larry" <musselman.larry@ems.cfwy.com>, "oliver,
dale"
        <oliver.dale@ems.cfwy.com>, "oneill, jack"
<oneill.jack@ems.cfwy.com>,
        "paulus, rick" <paulus_rick@ai.cfwy.com>, "puma, steve"
        <puma.steve@ems.cfwy.com>, "reisnaur, greg"
<reisnaur_greg@ai.cfwy.com>,
        "rudolph, mike" <rudolph.mike@ems.cfwy.com>, "sorgent, floyd"
        <sorgent.floyd@ems.cfwy.com>, "siegferth, paul"
        <siegferth.paul@ems.cfwy.com>, "sikora, john"
<sikora.john@ems.cfwy.com>,
        "ski, dick" <ski.dick@ems.cfwy.com>, "smith, robert"
        <smith.robert@ems.cfwy.com>, "smith, tony"
smith.tony@ems.cfwy.com>,
        "standridge, enos" <standridge.enos@ems.cfwy.com>, "stevens,
john"
        <stevens.john@ems.cfwy.com>, "wright, john"
<wright.john@ems.cfwy.com>,
        "yakubik, joe" <yakubik.joe@ems.cfwy.com>, "zod, dave"

                                                            Page    1

300057

spdulsen+thomasectwy+com>
    ·"warner___obert" <warner_robert?a1___com>
Subject' LINEHA___WORK SCHEDULE
Date: Mon, 28 Jun 1999 13:51:00 -0700

DOM'S

IT HAS BEEN BROUGHT TO MY ATTENTION THAT SEVERAL LINEHAUL LOCATIONS ARE
WORKING A 3 ON 3 OFF OR 2-3-3-2 SCHEDULE.

SINCE 1995, THE POLICY HAS BEEN THAT ALL LINEHAUL SUPERVIORS WILL WORK A
4
ON 3 OFF, OR 5 ON 2 OFF SCHEDULE. THE REASON FOR THIS POLICY IS
ECONOMICAL. 4
ON 3 OFF SCHEDULES HAVE 22 FEWER WORK DAYS PER YEAR. ( EQUIVALENT TO 3
WEEKS
OF VACATION PER YEAR).

IF YOUR LOCATION IS WORKING A SCHEDULE OTHER THAN 4 ON 3 OFF OR 5 ON 2
OFF,
YOU ARE PROBABLY OVERSTAFFED. IF SO, CALL ME AND WE WILL ARRANGE TO MOVE
SUPERVIORS TO LOCATIONS THAT ARE SHORT HANDED.

IN ADDITION, I WOULD LIKE ALL LOCATIONS TO SEND ME A COPY OF THEIR
SUPERVISOR SCHEDULE .

IF YOU HAVE ANY QUESTIONS, PLEASE CALL ME.


MARK

········· Routed on: Tue 29-Jun-99 at:  4:46am
    From: CMF-MA-00-PJF PETER FERGUSON
    To: CMF-MA-00-MCV MCV PRINTER                        CICS Printer

········· Message amended by: CMF-MA-00-PJF PETER FERGUSON
                on: Wed 30-Jun-99 at: 2:25pm
MARK..

THE SCHEDULE AT CLP WILL SOON BE CAHNGED TO A 3-2-2-3 NOW THAT WE HAVE
A FULL COMPLIMENT OF PEOPLE. THE ISSUE WITH HIGH TURNOVER AT CLP HAS
CLEARLY BEEN IDENTIFIED AS SCHEDULING ISSUES DUE TO THE 4/3 SCHEDULES
OF THE PAST. THIS WAS DOCUMENTED BY WAYNE KENNARD AS A RESULT OF A
RECENT VISIT. HIS RECOMMENDATION TO ADJUST SCHEDULES WAS DISCUSSED WITH
BRADY AND I AND THE SCHEDULE OF 3-2-2-3 WAS AGREED TO BY EVERYONE, AND
I THOUGHT YOU WERE ALSO IN THE LOOP ON THIS ISSUE.

HOWEVER...THE ISSUE OF DAYS WORKED PER YEAR HAS CLEARLY BEEN ADDRESSED
AND THE CLP EMPLOYEES WILL WORK MORE DAYS THAN THE 4-3 EMPLOYEES WITH
100% COVERAGE ON THE WEEKS THAT WE LOSE EMPLOYEES TO ILLNESS, VACATIONS
, TRAINING, MEETINGS , DAYS DRIVING WITH DRIVERS AND THE EXTRA DAYS WE

Page   3

300058

ARE SCHEDULING SUPERVISORS TO WORK IN THE YARD TO DRIVE DOWN YARD COST ON WEDS, THURSDAY AND FRIDAYS

YOUR MESSAGE INDICATES THE ISSUE IS THE 26 LOST DAYS PER MAN ON THE 3-2-2-3 VERSUS THE 4 ON 3 OFF

ON THE 4-3 THERE IS NO REPLACEMENTS OF EMPLOYEES FOR VACATION OR ANY OTHER TIME OFF...YOU MUST WORK EXTRA DAYS OR WITH AT SMALLER CREW.

ON THE SCHEDULE WE HAVE DEVELOPED AT CLP, THE NUMBERS INDICATE WE WILL NOT WORK OUR PEOPLE ANY LESS DAYS THAN THE 4-3 AND IN FACT WORK A FEW EXTRA.  IT BREAKS DOWN AS FOLLOWS

WE HAVE 20 MEN AT CLP. IF EACH MAN HAD WORKED 26 LESS DAYS THERE WOULD BE A TOTAL LOST WORK DAYS OF 520 ANNUALLY. (20 X 26 DAYS = 520)

HERE IS HOW THE PAYBACK WORKS

VACATIONS WILL FORCE REPLACEMENTS OF 260 ADDITIONAL DAYS WORKED
EXTRA DAYS ON YARD SUPERVISION 3 DAYS A WEEK X 52 WEEKS= 156 DAYS
QUARTLY ONE DAY DRIVES WITH T/O'S( 20 MEN X 4 DAYS) =104 DAYS
SAFETY COMMUNICATIONS MEETINGS = 8 DAYS

THIS TOTALS 528 ADDITIONAL DAYS TO WORK AGAINST A PROJECTED 520 DAYS LOST...IT WASHES OUT AND DOES NOT ACCOUNT FOR THE REPLACEMENT OF DAYS THAT WE WILL ASK THE TO WORK TO REPLACE INJURIES, ILLNESS, FUNERAL LEAVE, JURY DUTY ETC.  ADDITIONALLY WE WILL ASK THEM TO COME IN ON THIER DAYS OFF FOR MKEETINGS.

THE BEST PART IS WE WILL ALWAYS WORK WITH A FULL WORK FORCE AND NOT BE SSHORT THE MANPOWER NECESSARY TO CONTROL PENALTY PAY AND POOR DISPATCHES

```
.......... Routed on: Wed 30-Jun-99 at: 3:04pm
     From: CMF-NA-00-PJF PETER FERGUSON
       To: CMF-EX-00-MAB MARK BONTE - EXCH              Exported
           CMF-NE-SH-PJB PATRICK J. BRADY
           CMF-EG-00-TXP THOMAS PAULSEN - CFO/VP         Exported
           CMF-MA-CL-JLR JEFF RICE

.......... Routed on: Thu  1-Jul-99 at: 3:57am
     From: CMF-MA-CL-JLR JEFF RICE
       To: CMF-MA-CL-DCO DICK ONI
           CMF-MA-CL-PXC PAT CORSON

.......... Routed on: Thu  1-Jul-99 at: 4:44am
     From: CMF-MA-CL-DCO DICK ONI
       To: CMF-MA-CL-CRT CRDT PRINTER                    CICS Printer


     * * End of Message * * Printed on    1-Jul-99 at 04:47:59 MA$ 9241423
```

300059

TO:    DICK SHERER
       CFMF / CCC
       1 CAROLINA WAY
       CARLISLE            PA 17403

FROM: GAYLE SCHAFFNER          CMF-MA-00-GAS 29-Mar-99 07:00:49
      CFC / MCV

SUBJECT: Fwd: ADDITIONAL SUPERVISO        CMF-MA-CL-DCS/MA#9255114



To:    PETER FERGUSON                         CMF-MA-00-PJF
From:  JEFF RICE                              CMF-MA-CL-JLR
Date: Thursday 25-Mar-99 at 8:58am (4:58am Local time)
Subject: ADDITIONAL SUPERVISOR'S

PETE, WHEN WE TALKED I FORGOT TO ASK YOU ABOUT ADDING SUPERVISORS.

HERE ARE SITUATION, WE HAVE ONE GUY WHO WILL BE STARTING MONDAY MORNING

THAT REPLACES A SUPERVISOR WHO RESIGNED MARCH 9TH. WE HAVE 3 OTHER GOOD

APPLICANTS IN THE WINGS.

WE HAVE ONE WEAK SUPERVISOR - BUT NEVER HAD THE OPPORTUNITY TO REPLACE

HIM BECAUSE OF BEING SHORT, AND WE HAVE JACK WARNTZ (30 YEAR MAN)

RETIRING JUNE 1ST. SO THEN WE WILL BE DOWN AGAIN.

HERE THE PLAN.

A TWO MAN TEAMS = 8 NEC
A THREE MAN TEAMS = 12 FRONTLINE GUYS
: TEAM OF TWO = 1 OUT PLANNER,1 RAIL/FLOATER
4 ASSITANTS = D-LOGS,ARRIVALS,HOOKADS,RAIL MISC,ETC

DOWN THE ROAD WHEN EVERYONE IS TRAINED WE SHOULD BE ABLE
TO DROP TWO SUPERVISORS OR TAKE ON MORE RESPONSIBILITIES.

PLEASE ADVISE IF WE CAN GO FORWARD.

THANKS JEFF RICE

          Message created by CMF-MA-CL-JLR JEFF RICE
                  on: Sat 27-Mar-99 at 5:10am

GAYLE, HI

WHEN YOU TALK TO PETE, WOULD YOU PLEASE PASS THIS INFORMATION

300060

PLEASE ADVISE

JEFF RICE

........ Routed on: Sat 27-Mar-99 at: 5:18am
  From: CMF-MA-CL-JLR JEFF RICE
    To: CMF-MA-OO-GAS GAYLE SCHAFFNER

........ Routed on: Mon 29-Mar-99 at: 4:17am
  From: CMF-MA-OO-GAS GAYLE SCHAFFNER
    To: CMF-MA-CO-MCV MCV PRINTER                    CICS Printer
        Message amended by: CMF-MA-OO-GAS GAYLE SCHAFFNER
                  on: Mon 29-Mar-99 at: 7:00am

  Jeff, Pete will be meeting with Brody this evening and will discuss
  it with him. However, don't hold your breath - adding employees
  while business levels are soft is going to be very difficult to get
  by Blake.

  Pete will talk to you later in the week.


  Pete/gs

........ Routed on: Mon 29-Mar-99 at: 7:02am
  From: CMF-MA-OO-GAS GAYLE SCHAFFNER
    To: CMF-MA-CL-JLR JEFF RICE

........ Routed on: Mon 29-Mar-99 at: 7:10am
  From: CMF-MA-CL-JLR JEFF RICE
    To: CMF-MA-CL-DCS DICK SKI

........ Routed on: Mon 29-Mar-99 at: 10:07am
  From: CMF-MA-CL-DCS DICK SKI
    To: CMF-MA-CL-CD1 CPD1 PRINTER                   CICS Printer


  * * End of Message * * Printed on   29-Mar-99 at 10:07:52 MA# 9255114

300061

TO:    DICK SKI                          CMF-MA-CL-DCS 11-Jun-99 13:20:58
       CFMF / CPD
       1 CAROLINA WAY
       CARLISLE              PA 17403

FROM: PETER FERGUSON                     CMF-MA-00-PJF 10-Jun-99 10:50:09
      CFC / MCV
      405 CHURCH ROAD
      YORK              PA 17402

SUBJECT: CLP LINEHAUL                    CMF-MA-CL-DCS/MA#90899.67.09

---

To:   THOMAS PAULSEN - CFC/VP                        CMF-EO-00-TXP
From: PETER FERGUSON                                 CMF-MA-00-PJF
Date: Thursday 10-Jun-99 at 11:02am (6:02am Local time)
Subject: CLP LINEHAUL
cc:   PATRICK J. BRADY                               CMF-NE-SM-PJB

PATRICK ASKED THAT I GIVE YOU A OVERVIEW OF THE PRESENT CLP L/H DEPT
CURRENTLY WE ARE ATTEMPTING TO STAFF THE DEPT PROPERLY TO CURTAIL THE
VERY HIGH ATTRITION WE EXPERIENCED IN THE PAST 18 MONTHS. WE LOST 15
FRONT LINE SUPERVISORS IN LESS THAN 2 YEARS, MOSTLY TO ERRATIC
SCHEDULES, LONG HOURS AND EXTENDED WORK WEEKS NECESSARY TO COVER THE
SHORTFALL IN PEOPLE.

PRESENTLY WE ARE 3 PEOPLE SHORT OF MEETING OUR FULL COMPLIMENT OF
SUPERVISORS, WITH THE NW SHUTION. WE HAVE 4 GOOD CANDIDATES FOR THESE
OPENINGSAND WILL BE MAKING A JOB OFFER TO THE BEST 3 BY TOMORROW OR
MONDAY, I EXPECT TO BE AT FULL COMPLIMENT BY MONDAY 6-21.

ONCE AT FULL COMPLIMENT I EXPECT TO SEE FURTHER AND SUSTAINED
IMPROVEMENT IN QUALITY SERVICE AND COSTS.

TRAINING THESE NEW EMPLOYEES HAD PRIORITY, JEFF RICE HAS SET TRAINING
SCHEDULES TO AVOID THE OLD "LEARN BY YOUR MISTAKES" PROGRAM. ONCE
TRAINED, AND I EXPECT THE INITAL TRAINING NECESSARY TO GET THESES PEOPLE
FUNCTIONAL TO BE NO LATER THAN AUG 1, WE CAN BEGIN TO WEED OUT A FEW
UNDER-ACHIEVERS THAT WE HAVE HELD ON TO AND DO SOME CROSS TRAINING TO
STRENGTHEN THE TEAM.

THE DOCK AND THE L/H DEPT WILL BE ON SIMILAR SCHEDULES, CAPABLE OF
FILLING IN FOR ABSENTEES, ILLNESS AND VACATIONS WITHOUT LOSS OF
EFFICIENCY  USING A BANK DAY SCHEDULE TO COMP PEOPLE FOR EXTRA DAYS TO
FILL IN FOR THESE MEN WILL ENSURE WE GET THE SAME NUMBER OF DAYS IN A
YEAR THAT EMPLOYEES WORK ON THE 4 ON 3 OFF SCHEDULES AND HAVE REGULAR
ROTATIONS OF WEEKENDS OFF....THIS WAS A MAJOR ISSUE WITH EVERY EMPLOYEE
I CONVERSED OR TALKED WITH IN THEIR INTERVIEW.

ALSO, ONCE PROPERLY STAFFED WE CAN MAKE A GOOD APPRAISAL OF THE PRESENT

                                                          Page  1

300062

LINE HAUL MANAGEMENT, SET EVALUATION CRITERIA AND GOALS TO REACH BY
YEAR END.

WE STILL HAVE ABOUT 40-45 T/O'S TO HIRE, HOWEVER SINCE MARCH WE HAVE HAD
A NET GAIN OF 8 T/O'S, HIRING 23 AND LOSING 15 TO RESIGNATION OR
RETIREMENT. ADDITIONALLY WE HAVE ADDED 8 L/H POSITIONS BY BIDS THAT HAVE
BEEN FILLED FROM THE QUALIFIED DOCKMEN AND ARE ADDING 3 MORE THIS WEEK.
DURING THE LAST 120 DAYS WE HAVE HAD 188 APPLICANTS TO GET TO THE 23
ADDITIONS.

IN THE PENALTY PAY ARENA WE ARE BEGINNING TO SHOW SOME IMPROVEMENTS IN
SPITE OF THE TURNOVER PROBLEMS.

THE FIRST 11 WEEKS OF 99 WE AVERAGED 20.2 MINUTES PENALTY PAY PER
DISPATCH. FOR THE PAST 10 WEEKS WE AVERAGED 17.0 MINUTES, FOR A 16%
IMPROVEMENT.

WITH EXPERIENCED PEOPLE, STABILITY, PROPER TRAINING AND THE RIGHT
LEADERSHIP I AM EXPECTING TO REACH OF PENALTY PAY GOALS IN THE 4TH
QUARTER.

........... Routed on: Thu 10-Jun-99 at: 11:58am
      From: CMF-MA-00-PJF PETER FERGUSON
        To: CMF-MA-CL-JLR JEFF RICE

........... Routed on: Thu 10-Jun-99 at:  1:02pm
      From: CMF-MA-CL-JLR JEFF RICE
        To: CMF-MA-CL-CL4 CL24 PRINTER                    CL24 Printer

........... Routed on:

300063

TO:    DICK SKI
       CFMF / C
       1 CAROLINA WAY
       CARLISLE              PA 17403

FROM: JEFF RICE                          CMF-MA-CL-JLR 26-Apr-99 12:32:29
       CFMF / CLP

SUBJECT: Fwd: THREE POINT JUSTIFIC      CMF-MA-CL-DGS/MA#9689404



To:    JEFF RICE                          CMF-MA-CL-JLR
From:  DICK SKI                           CMF-MA-CL-DGS
Date:  Monday 26-Apr-99 at 9:12am
Subject: THREE POINT JUSTIFICATION

PRESENT SITUATION — L/H DEPARTMENT CONSISTS OF 22 SUPERVISORY PERSONNEL
                    (5 IN NE RCC)(2 LIMITED DUTIES)(1 ADOM)( 2 L/H SUPV 2)
                    (12 L/H SUPV) WORKING A SCHEDULE OF 2 DAYS ON/2 DAYS
                    OFF, 3 DAYS ON DUTY. L/H IS OPERATIONAL 24 HRS A DAY
                    7 DAYS A WEEK.  EACH SHIFT CONSISTS OF 1 WINDOW
                    SUPERVISOR: 1 MAINLINE SUPERVISOR AND 1 SHIFT PLANNER.
                    DEPARTMENT HAS ONE SUPERVISOR THAT IS RETIRING IN
                    JUNE AND ONE SUPERVISOR THAT MUST BE REPLACED DUE
                    TO INEFFICIENCIES. DELETING THE SENIOR SUPERVISORS.
                    THE AVERAGE LENGHT OF SERVICE AND EXPERIENCE OF THE
                    NEWER EMPLOYEES IS 14 MONTHS. THIS INEXPERIENCE IS
                    SHOWN IN ACCUMULATED PENALTY PAY STATISTICS. ABOVE
                    AVERAGE COST LEVELS AND INEXPERIENCE IN DECISION
                    MAKING ABILITIES.

RECOMMENDATION — INCREASE THE L/H DEPARTMENT WITH 4 SUPERVISORS AND
                 1 ADDITIONAL ADOM.

JUSTIFICATION — IF THE ADDITIONAL SUPERVISORY PERSONNEL ARE APPROVED
                FOR THE CLP L/H DEPARTMENT, THE FOLLOWING WILL BE
                ACCOMPLISHED:
                A. L/H COSTS WILL BE CONTROLLED AND LOWERED TO
                ESTABLISHED GOALS OR BELOW ESTABLISHED GOALS.
                B. INCREASED PRODUCTIVITY AND ACCOUNTABILITY IN
                T/O UTILIZATION: HOSTLER PRODUCTIVITY AND COSTS:
                AND TRACTOR UTILIZATION.
                C. STABILIZE WORK SCHEDULES TO COVER DAILY SHIFT
                RESPONSIBILITIES AND ASSIST IN CREATING A
                WORKABLE FAMILY LIFE ATMOSPHERE FOR FAMILY MEMBERS.
                D. ABSORB THE ADDITIONAL WORK RESPONSIBILITIES
                AND FUNCTIONS OF THE REGIONAL CONTROL CENTER:
                INCREASED RESPONSIBILITIES OF EOL GROUP TERMINALS:
                MONITORING AND INSURING SERVICE PERFORMANCE WITH ALL
                SENSITIVE ACCOUNTS AND PRIMETIME: DEVELOP AND

                                                              Page    1

300064

SERVICE COMMITTMENT TO CF CUSTOMERS.

DICK

......... Message amended by: CMF-MA-CL-JLR JEFF RICE
on: Mon 26-Apr-99 at: 9:50am

PETE,

HERE IS THE JUSTIFICATION WE TALKED ABOUT THIS MORNING

THANKS JEFF RICE

......... Routed on: Mon 26-Apr-99 at: 9:51am
From: CMF-MA-CL-JLR JEFF RICE
To: CMF-MA-00-PJF PETER FERGUSON
CMF-MA-00-GAS GAYLE SCHAFFNER

......... Message amended by: CMF-MA-00-GAS GAYLE SCHAFFNER
on: Mon 26-Apr-99 at: 12:23pm

No bad, but need some hard numbers, i.e., $ amount this will cost and how soon we will see the payback. Remember the cost of training has a big part.

Pete/gs

......... Routed on: Mon 26-Apr-99 at: 12:24pm
From: CMF-MA-00-GAS GAYLE SCHAFFNER
To: CMF-MA-CL-JLR JEFF RICE

......... Message amended by: CMF-MA-CL-JLR JEFF RICE
on: Mon 26-Apr-99 at: 12:32pm

DICK, AS PETE STATED THE COST OF TRAINING WILL PROBABLY BE ONE THE THE BIGGEST SAVING AS FOR ALL NEW HIRES 50% OF THEIR SALARY A YEAR GOES TO TRAINING SO IF WE CAN GET A COMPLETE TEAM TOGETHER AND NOT LOOSE ANY ONE WE WILL HELP A LOT ON TRAINING

AND ALSO THE DIFFERENCE IN THE COST ON PENALTY , M&T , HOOKS ON GOAL VS WHERE WE ARE RIGHT NOW

THIS SHOULD REALLY HELP

JEFF RICE

......... Routed on: Mon 26-Apr-99 at: 12:35pm
From: CMF-MA-CL-JLR JEFF RICE
To: CMF-MA-CL-DCS DICK SKI

......... Routed on: Mon 26-Apr-99 at: 12:39pm

TO:   DICK SKI                                    CMF-MA-CL-DCS 27-Apr-99   11:32:59
      CFMF
      1 CAROLINA WAY
      CARLISLE              PA 17403

FROM: DICK SKI                        CMF-MA-CL-DCS 27-Apr-99 10:39:23
      CFMF / CRD
      1 CAROLINA WAY
      CARLISLE              PA 17403

SUBJECT: FIGURES FOR THREE POINT J        CMF-MA-CL-DCS/MA#9709911

To:   JEFF RICE                                   CMF-MA-CL-JLR
cc:   PAT CORSON                                  CMF-MA-CL-PXC
From: DICK SKI                                    CMF-MA-CL-DCS
Date: Tuesday 27-Apr-99 at 10:48am
Subject: FIGURES FOR THREE POINT JUSTIFICATION

JEFF, FOLLOWING FIGURES ARE SUBMITTED FOR ADDITIONAL JUSTIFICATION
OF ADDITIONAL SUPERVISORS:

| PENALTY PAY | FIRST QUARTER 1998 | FIRST QUARTER 1999 | +/- |
|---|---|---|---|
| ORIGIN | 9518 | 20915 | +11,397 |
| RUNAROUND | 2568 | 5120 | + 2852 |
| TTL PENALTY PAY | 54360 | 77100 | + 26740 |
| MILEAGE | 3,367,581 | 3,217,042 | - 150,539 |

JUST RETURNING TO THE STATISTICS PRODUCED IN THE FIRST QUARTER OF 1998,
PENALTY PAY ORIGIN CAN BE REDUCED BY 45M WITH EXPERIENCED L/H
SUPERVISORS; RUNAROUNDS CAUSED BY ERRONEOUS ENTRIES OR JUNIOR
EMPLOYEES GIVEN A WORK CALL PRIOR TO SENIOR EMPLOYEES BY 11M
DOLLARS; AND TOTAL PENALTY PAY CAN BE REDUCED BY ANOTHER 106M
DOLLARS IF AN ESTABLISHED L/H TEAM IS IN PLACE AT CLP.

HOSTLING--BASED ON THE ACHIEVEMENT OF 2.08 HOOKS PER HOUR, A
PAYROLL SAVINGS OF 71,032 CAN BE ACCOMPLISHED; AGAIN, IF THE
L/H SUPERVISION IS INCREASED AND STABILITY WITH EXPERIENCE IS
DEVELOPED WITHIN THE DEPARTMENT.

TRAINING -- IN 1999, THREE L/H SUPERVISORS HAVE RESIGNED THEIR
POSITIONS TO DATE AND IN 1998 A TOTAL OF SIX (6) SUPERVISORS HAVE
RESIGNED THEIR EMPLOYMENT. BASED ON A WEEKLY SALARY OF 700.00
DOLLARS, EACH SUPERVISOR WOULD RECEIVE 37M DOLLAR APPROXIMATELY,
FOR A YEARLY SALARY. AT 37M DOLLARS TIMES 9 SUPERVISORS WHO HAVE
RESIGNED THEIR EMPLOYMENT A TOTAL OF 333M DOLLARS WOULD HAVE

Page   2



BEEN ALLOCATED IN SALARIES OF WHICH 30% TO 50% COULD BE ATTRIBUTED
TO TRAINING EXPENSES. THIS TRAINING EXPENSE IS AT THE BEGINNING
OF THEIR EMPLOYMENT OR TIME SPENT WITH SUCCEEDING SUPERVISORY
PERSONNEL IN THEIR TRAINING AT THE START OF THEIR CAREERS. THIS
TRAINING SALARY COULD ALL BE SAVED, ONCE AGAIN, IF WE INCREASE
OUR L/H SUPERVISION TO THE REQUESTED NUMBERS. THE TRAINING WILL
TAKE PLACE, STABILITY WILL BE ESTABLISHED AND EXPERIENCE WILL
BEGIN TO DEVELOP AS SUPERVISORS STAY WITHIN THE EMPLOYMENT OF CF.

WE WILL BE ABLE TO SEE RETURNS ON OUR SUPERVISORY INVESTMENT AS
EARLY AS THE FOURTH QUARTER OF 1999 THRU INCREASED HOSTLER
PRODUCTIVITY AND REDUCTION OF PENALTY PAY. FULL RETURN ON THE
ADDITIONAL L/H SUPERVISORY INVESTMENT WILL BE REALIZED IN
THE FIRST QUARTER OF 2000 WHEN THE TRAINING DOLLARS ARE SAVED
DUE TO SUPERVISON NOT LEAVING THE RANKS OF EMPLOYMENT DUE TO A
WORKABLE ENVIRONMENT.

DICK

* * End of Message * * Printed on   27-Apr-99 at 11:33:06 MA# 9709911

300067

```
TO:  DICK SKI                    CMF-MA-CL-DCS  ... NOV-22  08:46:44
     CFMF / CFD
     1 CAROLINA WAY
     CARLISLE           PA 17403

FROM: DICK SKI                   CMF-MA-CL-DCS 18-May-99 13:06:58
      CFMF / CFD
      1 CAROLINA WAY
      CARLISLE          PA 17403

SUBJECT: PENALTY PAY ACTION PLAN          CMF-MA-CL-DCS/MA#9927109
```

To:   MICHAEL MONTGOMERY - EXCH            CMF-EX-...
      JEFF RICE                            CMF-MA-...
      PAT CORSON                           CMF-MA-...
From: DICK SKI                             CMF-MA-...

Subject: PENALTY PAY ACTION PLAN

IN OUR EFFORTS TO DECREASE PENALTY PAY AT CLP, THE FOLLOWING ACTION
PLAN HAS BEEN IMPLEMENTED AT CLP:

1. ... HIGH RATIO OF -TURNOVER OF PERSONNEL ...
   ... ... OF EXPERIENCE AND LACK OF ...
   LENGHT OF SERVICE, EXCLUDING THE 6 LONG TERM SUPERVISORS, IS
   APPROXIMATELY 11 MONTHS WITH 10 SUPERVISORS EITHER JUST EMPLOYED AND/OR
   HAVING LESS THAN ONE YEAR OF SERVICE. THIS LACK OF EXPERIENCE HAS BEEN
   ... ... ... ... ... ... AND THE START ... ... ...
   ... ... ... ... ... ... ... ...
   ... WITH THE SUPERVISORS ... ... ...
   SPECIFIC AREAS OF CONCERN SUCH AS YARD MANAGEMENT, TURNAROUNDS AND
   PROPER PATH ENTRY LEADES HAVE BEEN ADDRESSED. THIS PROCESS WILL BE
   ONGOING EDUCATIONAL/TRAINING PROCESS AT CLP.

3. ... ... ... ... ... ... ... ...
   STANDARD ...

4. PRE-SHIFT MEETINGS LASTING A COUPLE OF MINUTES WITH YARD HUSTLERS
   AND SUPERVISOR.

   ... ... ... ... ... ... ...

   ... THE SUPERVISORS ... ... ...
   ... ... ... ... ...

300068



MAINTAINED FOR A SHIFT, CHECKED AND MONITORED FOR SHIFT
PRODUCTIVITY AND INDIVIDUAL HOSTLER ACCOUNTABILITY.
E. UTILIZE SUPERVISORY PERSONNEL AS YARD COORDINATORS DURING HIGH
VOLUME PERIODS OF YARD ACTIVITY.

Page

F. MOVEMENT OF THE DISPATCH OPERATIONS TO THE SECOND FLOOR OF THE
LINEHAUL BUILDING (COMPLETION DATE JUNE 30, 1999). THIS WILL
THROUT OBSERVATION OF THE YARD ACTIVITY AND ENHANCE
G. INCREASE THE USAGE OF HAND HELD RADIOS FOR COMMUNICATIONS BETWEEN
THE YARD HOSTLER AND SUPERVISOR. HAVE SIX RADIOS IN USE WITH AN
ADDITIONAL 6 BATTERIES FOR EXTENDED RADIO USAGE.

300069

```
       CFMF / CPD
       1 CAROLI
       CARLISLE              PA 17403
```

FROM: KEN SWEZEY                           CMF-MA-CL-KCS 23-May-99 17:35:13
       CFMF / CPD

SUBJECT: Fwd: SHCEDULE WHOAS                  CMF-MA-CL-DCS/MA#99549/4

To:  PAT CORSON                          ⑧         CMF-MA-CL-KCS
From: KEN SWEZEY                                   CMF-MA-CL-KCS
Date: Sunday 23-May-99 at 4:54pm
Subject: SCHEDULE WHOAS
I HAVE TALKED TO ALL MEMBERS OF THIS COMMITTEE ABOUT THE SCHEDULE AND NO
ONE HAS ANYTHING BETTER TO OFFER. WE HAVE ALL LEARNED JUST HOW SHORT OF
PEOPLE WE ARE. HOWEVER THERE ARE SOME CONCERNS THAT HAVE BECOME
COMPLAINTS FROM THE TEAM. USE OF BANK DAYS---WHEN A TEAM MEMBER IS
WORKING DAYS AND HAS TO WORK A BANK DAY IT IS A NIGHT SHIFT AND VICE-
VERSA. EXAMPLE WOULD BE YOU ARE ON DAY SHIFT AND YOUR OFF DAYS ARE WED
AND THURS. YOU GET A BANK DAY ON WED NIGHT WHICH IS RIGHT IN THE MIDDLE
OF YOUR TIME OFF. ANOTHER COMPLAINT IS TO MANY PEOPLE ON A SHIFT
EXAMPLE---ON A DAY WHEN TOM HESS IS THE PLANNER AND LLOYD COMES IN AT
1400 WE ONLY NEED 2 OTHER PEOPLE HERE--THIS IS MOSTLY DURING THE WEEK
AND ON DAYSHIFT---SAME THING CAN APPLY TO NIGHT SHIFT DURING THE WEEK
WHEN LLOYD IS HERE AND PAT COMES IN AT MIDNIGHT--YOU ONLY NEED 3
PEOPLE BESIDES PAT/LLOYD DURING THE WEEK--..THIS WAS VERY FRUSTRATING
FOR ME BECAUSE I ALSO FOUND OUT WE HAVE 2 PEOPLE VERY CLOSE TO
RESIGNING1 IN NERCC AND 1 IN THE DISP OFFICE WHICH WILL JUST COMPOUND
THE PROBLEM.CAN'T EVEN BEGIN TO PLAN A NEW SCHEDULE IF WE ARE ABOUT TO
HAVE 2 LEAVE.SORRY THIS IS NOT MUCH HELP-BUT WE HAVE PUSHED THIS GROUP
OF PEOPLE AS FAR AS POSSIBLE. MORAL IS IN TOILET AND EVERYONE BURNED
OUT. HAVE NOTHIG ELSE TO OFFER EXCEPT WHAT WE ALL ALREAY KNOW--WE
NEED HELP AND WE NEED TO MAKE THIS SCHEDULE WORKABLE SO PEOPLE
WILL STAY WITH THIS COMPANY. UNTIL THIS HAPPENS THIS IS AS GOOD
AS THINGS GET---------------------KEN SWEZEY


.......... Routed on: Sun 23-May-99 at:  5:36pm
      From: CMF-MA-CL-KCS KEN SWEZEY
        To: CMF-MA-CL-PXC PAT CORSON


......... Routed on: Sun 23-May-99 at:  6:46pm
      From: CMF-MA-CL-PXC PAT CORSON
        To: CMF-MA-CL-CD1 CPD1 PRINTER                CICS Printer


........... Routed on: Sun 23-May-99 at:  7:41pm
      From: CMF-MA-CL-PXC PAT CORSON
        To: CMF-MA-CL-DCS DICK SKI



                                                        Page   1
```

300070

TO:    DICK SKI                          CMF-MA-CL-DCS 24-Jan-00 13:12:22
       CFMF / CPD
       1 CAROLINA WAY
       CARLISLE          PA 17403

FROM: JEFF RICE                          CMF-MA-CL-JLR 24-Jan-00 12:39:01
       CFMF / CLP

SUBJECT: Fwd: PROFITS                    CMF-MA-CL-DCS/MA#0169600

-------------------------------------------------------------------

To:   JEFF RICE                                   CMF-MA-CL-JLR
From: DICK SKI                                    CMF-MA-CL-DCS
Date: Monday 24-Jan-00 at 12:29pm
Subject: PROFITS

did the december profits come out yet??                    (8A)

if they did,can i get a copy from you please

any word about kcy????

Dick

•••••••••• Message amended by: CMF-MA-CL-JLR JEFF RICE
                   on: Mon 24-Jan-00 at 12:39pm
AFTER I TURNED IT DOWN, WARNER CALLED ME AGAIN AND ASKED ME.

THEN I TOOK THE WEEKEND TO THINK ABOUT IT. THEN I SAY I WOULD

BUT NOW THERE IS A LOT POLITICS GOING ON, AND YOU KNOW

ABOUT THAT. BUT RICH IS RUNNING THE KCY/SLM DIV AT THE PRESENT

TIME.

NOTHING ON THE PROFITS YET, THEY ARE FIXING THE NUMBERS.

TALK TO YOU LATER

•••••••••• Routed on: Mon 24-Jun-00 at 12:40pm
       From: CMF-MA-CL-JLR JEFF RICE
         To: CMF-MA-CL-DCS DICK SKI

•••••••••• Routed on: Mon 24-Jan-00 at  1:10am
       From: CMF-MA-CL-DCS DICK SKI

300071



Exh E

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD C. WOJEWODZKI,
        PLAINTIFF         :
                            :
        VS               :     NO.  1:CV01-285
                            :
CONSOLIDATED FREIGHTWAYS, INC.,  :
        DEFENDANT       :

DEPOSITION OF:  JAMES M. KOT

TAKEN BY:     PLAINTIFF

BEFORE:       SHERRY BRYANT, RMR, CRR
               NOTARY PUBLIC

DATE:         JANUARY 8, 2002, 1:06 P.M.

PLACE:        MORGAN, LEWIS & BOCKIUS
               417 WALNUT STREET
               HARRISBURG, PENNSYLVANIA

APPEARANCES:

    MARKOWITZ & KREVSKY, P.C.
    BY: LAWRENCE S. MARKOWITZ, ESQUIRE

        FOR - PLAINTIFF

    MORGAN, LEWIS & BOCKIUS
    BY: VINCENT CANDIELLO, ESQUIRE

        FOR - DEFENDANT

1     A     Can I call him Dick Ski?

2     Q     Sure.

3     A     Okay.  Dick Ski had a management style that

4 was difficult to deal with at times.  He was very stubborn

5 and he was hard-headed and lacked what I called leadership

6 capacity.

7     Q     Can you describe what you mean by lacking

8 leadership capacity?

9     A     To me a manager and a leader is someone who

10 can motivate the people to do a job without necessarily

11 threatening them, but by guiding them and directing them.

12     Q     Would he threaten people?

13     A     Occasionally.

14     Q     Did you ever discuss your personal opinion

15 with any of the other line haul supervisors?

16     A     Not that I can recall.

17     Q     Did you ever hear any of the other line haul

18 supervisors express some of the same criticisms that you've

19 just expressed?

20     A     Not that I can specifically recall.

21     Q     At some point did you learn that your job was

22 going to change?

23     MR. CANDIELLO:  Objection to the form of the

24 question, use of the word "change."  You may answer if you

25 understand the question.

1     A     In I think late -- sometime August or maybe

2  early September of 1999 I was asked by the group operation

3  manager, Jeff Rice, if I would be interested in being

4  considered to manage the line haul operation.

5  BY MR. MARKOWITZ:

6     Q     Which was Dick Ski's job?

7     A     Yes.

8     Q     And when Mr. Rice approached you about that,

9  what was your answer?

10     A     My answer was yes, I would like to interview

11  and be considered.

12     Q     Did you interview for the position?

13     A     Yes, I did.

14     Q     Who did you interview with?

15     A     I initially interviewed with Jeff Rice and had

16  a subsequent interview with Mark Bunte.

17     Q     To your knowledge, who else was interviewed

18  for the position?

19     A     I didn't have specific knowledge who exactly

20  else was interviewed for the position.

21     Q     Do you know if anyone else was interviewed for

22  the position?

23     A     I do not know if anybody was formally

24  interviewed for the position.

25     Q     What was discussed with you at the

1    interview -- first I guess we ought to set this up.  You said

2    you interviewed with Jeff Rice and Mark Bunte.  Were these

3    separate interviews or at the same time?

4         A       They were separate interviews.

5         Q       Who did you interview with first?

6         A       Jeff Rice.

7         Q       Tell me what was discussed at that interview.

8         A       I can't specifically remember the exact

9    questions or the exact comments or the exact discussions.  I

10   didn't take notes and it was three years ago.

11        Q       So there's nothing at this point that you can

12   recall what was discussed?

13              MR. CANDIELLO:  Objection to the form of the

14   question.  You're asking him now if he recalls the substance

15   of the interview at all?

16   BY MR. MARKOWITZ:

17        Q       Let's do this this way:  Is there anything

18   that you can recall being discussed at the interview with

19   Jeff Rice?

20        A       The -- in that discussion, it was conveyed to

21   me that there were problems in the line haul operation in

22   regards to morale and to turnover and to lack of leadership.

23   And I think I was asked how I would approach those type

24   problems and what I would do to remedy the situation.

25        Q       What did you respond?

16

1    to 1999.

2            And in November 1999, I resigned from

3    Transcorps and that's when I was looking for a job. In

4    November of 1998, I left Transcorps and was looking for a job

5    and started to work for CF in '99, January '99.

6    BY MR. MARKOWITZ:

7        Q        How long did your interview with Mr. Bunte

8    last?

9        A        We had breakfast and it lasted for

10   approximately an hour.

11       Q        After your interview with Mr. Bunte, were

12   there any further interviews?

13       A        No.

14       Q        At some point were you offered the job of --

15   well, were you offered a promotion?

16       A        Yes.

17       Q        How long was that after your meeting with Mr.

18   Bunte?

19       A        It was the next day.

20       Q        And what was the name of the job that you were

21   being promoted to?

22       A        Regional dispatch manager.

23       Q        Are you still in that position?

24       A        No.  I am now the assistant terminal manager

25   for Consolidated Freightways in Carlisle.

17

1        Q       What did you do as regional dispatch manager,

2  what were your job duties?

3        A       As the regional dispatch manager, it was my

4  responsibility to oversee the regional control center that

5  was part of the line haul operation, and I was given the

6  responsibility of developing greater rapport and

7  communication with the terminals that make up the group and

8  coordinate their drivers and the drivers going in and out of

9  their terminals from Carlisle, to improve service and reduce

10  cost.

11       Q       So you were, as regional dispatch manager,

12  just handling the New England and New York area; is that

13  correct?

14       A       No.  It would have included all the terminals

15  that -- there's 43 terminals that run from Richmond, Virginia

16  up through Bangor, Maine and over to Buffalo, New York, and

17  down to Roanoke, Virginia.  So it actually covers that whole

18  area, which would have included the New England terminals and

19  New York state terminals, the Pennsylvania terminals, New

20  Jersey terminals, Delaware terminals, Virginia and West

21  Virginia terminals and Maryland terminals.

22       Q       Was there a regional district manager before

23  you?

24       A       No.

25       Q       So this was a newly created position?

23

```
 1          A        Yes.  He and I are both assistant terminal
 2    managers in charge of a very large dock operation.
 3          Q        And both of you report to Mr. Rice?
 4          A        Yes.
 5          Q        What is your date of birth?
 6          A        6/17/49.
 7                   MR. MARKOWITZ:  I believe that's all the
 8    questions I have.
 9
10                        CROSS-EXAMINATION
11
12                   MR. CANDIELLO:  Let's have this marked as Kot
13    Deposition Exhibit 1.
14                   (Employee change notification 7/14/99 marked
15    as Kot Exhibit Number 1.)
16    BY MR. CANDIELLO:
17          Q        My only question for you, Mr. Kot, is have you
18    seen this before?
19          A        No.
20          Q        Let's take a look at some of the information
21    here.  On the right-hand side, just inside the border, the
22    outside border of the entire document, there is an entry
23    called first day worked 1/25/99.  Do you see that?
24          A        Yes.
25          Q        Does that refresh your recollection when you
```

GEIGER & LORIA REPORTING SERVICE - 1-800-222-4577

# EMPLOYEE CHANGE NOTIFICATION

# EXHIBIT 2

| TODAYS DATE | COMPANY NAME | | EFFECTIVE DATE |
|---|---|---|---|
| 07/14/1999 | | | 6/13/99 |

| SSN # | | EMPLOYEE # |
|---|---|---|
| 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 | Consolidated Frtwys Co of DE | 00187 |

## COMPUTER PRINT SECTION

| NAME(LAST) | MI | LEGAL FIRST NAME |
|---|---|---|
| Kot | K | James |

ADDRESS LINE 1
7 Westwood Ct

| CITY | STATE | ZIP CODE |
|---|---|---|
| York | PA | 17402 |

| HOME PHONE | SEX | MARITAL STATUS | FIRST DAY WORKED |
|---|---|---|---|
| 078422981 | M | Married | 01/25/1999 |

**ACTION/REASON CODE MUST BE SHOWN HERE**

REFER TO MIDS SCREEN '110C' FOR INSTRUCTIONS ON ACTION REASONS

| UNIT | DEPT/LOC | JOB CODE | JOB TITLE |
|---|---|---|---|
| 30 | CLP/CLP | 2172 | LineSpv I |

PHYSICAL LOCATION OF EMPLOYMENT -
if other than dept/loc

**EMP STATUS**
Regular / Full-time

| HOURLY RATE/WEEKLY SALARY | MILEAGE RATE |
|---|---|
| 1,030.00 | |

UNION/LOCAL #

COMPANY AUTO #    D/L EXP. DATE

| ANNIVERSARY DATE | LAST DAY WORKED |
|---|---|
| 01/25/1999 | |

EXPECTED RETURN DATE    PHYSICAL EXAM EXP. DATE

LOCAL TAX    Workers Comp
Carlisle Borough
Carlisle Borough

## HAND PRINT SECTION

| NAME(LAST) | MI | LEGAL FIRST NAME |
|---|---|---|
| KOT | M | JAMES |

ADDRESS LINE 1
7 Westwood Ct

| CITY | STATE | ZIP CODE |
|---|---|---|
| York | PA | 17402 |

| HOME PHONE | SEX | MARITAL STATUS | FIRST DAY WORKED |
|---|---|---|---|
| | M | M | 1/25/99 |

ACTION/REASON CODE
Promo

| UNIT | DEPT/LOC | JOB CODE | JOB TITLE |
|---|---|---|---|
| | | | |

PHYSICAL LOCATION OF EMPLOYMENT -
if other than dept/loc

**EMP STATUS**   ☐ RETURNING TO WORK   ☐ TO REG. FULL TIME
☐ TO REG. PART TIME   ☐ TO SUPPLEMENTAL   ☐ TO LIGHT DUTY

| NEW HRLY RATE/WEEKLY SALARY | NEW MILEAGE RATE |
|---|---|
| 1355.00/wk | |

UNION LOCAL #    UNION SEN. DATE

COMPANY AUTO #    D/L EXP. DATE

ANNIVERSARY DATE    LAST DAY WORKED

EXPECTED RETURN DATE    PHYSICAL EXAM EXP. DATE

| DEDUCT CITY TAX? | DEDUCT COUNTY TAX? | DEDUCT SCHOOL TAX? |
|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO |
| NAME OF CITY | NAME OF COUNTY | SCHOOL DIST NAME/NO. |

**FINAL VACATION PAY:**
HOURLY - SUBMIT FORM 00481-20    SALARIED ___    SALARIED ___
SHOW AMT USED SINCE JAN.1    BANKED DAYS DUE

REMARKS
Has Been Promoted To Regional Dispatch
Manager And Will be Replaceing Dick Shi

APPROVALS
Jeffrey L Chie 9/13/99

1. SIGNATURE    DATE    3. SIGNATURE    DATE

2. SIGNATURE    DATE    4. SIGNATURE    DATE

IF FEDERAL AND/OR STATE TAX WITHHOLDING STATUS IS DESIRED, COMPLETE W4 WITHHOLDING STATEMENT AND FORWARD TO PAYROLL

**PLACE PHOTOCOPY OF COMPLETED FORM IN EMPLOYEES PERSONNEL FILE**

EXHIBIT
Kot 1
1-802  SR

04789

COPY

Exh F

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD C. WOJEWODZKI,           :
                PLAINTIFF        :
                                 :
        VS                       :    NO.  1:CV01-285
                                 :
CONSOLIDATED FREIGHTWAYS, INC.,  :
                DEFENDANT        :


DEPOSITION OF:  PATRICK W. CORSON

TAKEN BY:       PLAINTIFF

BEFORE:         SHERRY BRYANT, RMR, CRR
                NOTARY PUBLIC

DATE:           JANUARY 8, 2002, 1:40 P.M.

PLACE:          MORGAN, LEWIS & BOCKIUS
                417 WALNUT STREET
                HARRISBURG, PENNSYLVANIA


APPEARANCES:

        MARKOWITZ & KREVSKY, P.C.
        BY: LAWRENCE S. MARKOWITZ, ESQUIRE

            FOR - PLAINTIFF

        MORGAN, LEWIS & BOCKIUS
        BY: VINCENT CANDIELLO, ESQUIRE

            FOR - DEFENDANT

5

| | |
|---|---|
| 1 | period of five months to assist in the expansion of that |
| 2 | terminal.  I went back to Carlisle in the previous capacity I |
| 3 | was there, basically as an assistant to the assistant |
| 4 | terminal manager for another two months.  Then I joined a |
| 5 | profit restoration team and took a job traveling and have |
| 6 | been traveling up until the last month since the beginning of |
| 7 | 2000. |
| 8 | So for approximately 11 and a half months I |
| 9 | was on the team called the CF Pride team and worked in three |
| 10 | other -- four other CF locations prior to returning to |
| 11 | Carlisle as the assistant terminal manager, one of the |
| 12 | assistant terminal managers about three weeks ago. |
| 13 | Q        On the line haul or the dock side? |
| 14 | A        On the dock side. |
| 15 | Q        At some point did you work closely with Dick |
| 16 | Ski? |
| 17 | A        Yes.  I was Dick's assistant when I went from |
| 18 | being a dispatch supervisor to the assistant dispatch |
| 19 | operations manager. |
| 20 | Q        As the assistant dispatch operations manager, |
| 21 | what were your job duties? |
| 22 | A        Primarily in the capacity we were in at the |
| 23 | time, I was to oversee the nighttime operation and make sure |
| 24 | that everything necessary at night got done. |
| 25 | Q        Did you have any involvement in recruiting? |

6

```
1          A        No, not that I remember at that time.
2          Q        So basically, you would work the nights while
3   Dick would work during the day, is that what would happen?
4          A        Yes.  I would -- probably the last hour to two
5   hours he was there.  Sometimes I would stay a little bit
6   later, I would be there with him during the day, but I
7   generally worked opposite him.
8          Q        Were you involved in scheduling in any way?
9          A        No.
10         Q        Who would do all the scheduling?
11         A        Dick, Dick did the supervisor scheduling.
12         Q        Was that ever a source of contention, the
13  supervisors' schedules?
14                  MR. CANDIELLO:  Objection to the form of the
15  question.  When he was the ADOM?
16  BY MR. MARKOWITZ:
17         Q        Yes, when you were the ADOM.
18         A        Could you pinpoint that a little more?
19         Q        Sure.  Were the line haul supervisors ever
20  upset with how the scheduling was being done when you were
21  the ADOM?
22         A        Yes.
23         Q        What was their beef with it?
24         A        There was a discrepancy where they felt they
25  worked more than the supervisors on the dock side.  Also, the
```

1  schedule was not always prepared long enough in advance or

2  there were changes that occurred without much notice to them

3  for when they would be working.

4       Q        In your opinion, was there any legitimacy to

5  their complaints?

6                MR. CANDIELLO:  Objection to the question.

7  You may answer.

8       A        In my opinion?

9  BY MR. MARKOWITZ:

10      Q        Yes, yes.

11      A        From a quality of life standpoint, yes.

12      Q        What was going on that from a quality of life

13  standpoint you thought was a problem?

14      A        Them being able, because of the changes made

15  to the schedule and the short notice at times for them to be

16  able to plan their off time.

17      Q        How much in advance were the schedules

18  actually posted?

19      A        Honestly, that varied.  There were times I can

20  recall, and I don't know if I could separate it in my mind to

21  just that time frame, but I will try to, there were times

22  that it would be up maybe 60 days in advance.  There were

23  times that it would only be up a week prior to the end of the

24  month.  The schedule for the next month would only be up a

25  week prior to the beginning of the next month.

1    Q        How did that work out?

2    A        I believe it improved the situation.  I don't

3    think it got us where we needed to be, but it had helped.

4    Q        To this day, has that situation resolved

5    itself or are there still difficulties in communication

6    between the dock and the line haul people about getting

7    shipping off in a timely manner?

8             MR. CANDIELLO:  Objection to form, no

9    foundation.  You may answer.

10   A        At the present time, I haven't been back long

11   enough to answer that I don't think.  I know it had become

12   quite a bit better at one time.  It is my understanding now

13   that there are some problems, but I haven't been able to look

14   into them at this time.

15   BY MR. MARKOWITZ:

16   Q        Was something done that made it become quite a

17   bit better at some time?

18   A        The turnover of supervisors in the dispatch

19   office, their experience level increased, and I believe that

20   that helped quite a bit.

21   Q        And turnover decreased, I assume you're

22   saying?

23   A        Yes.

24   Q        When you were ADOM, what was the level of

25   turnover like for the line haul supervisors?

12

1       A       It was very high.  I don't have any specific

2 numbers, but people did not stay very long, new people.

3       Q       Do you have an understanding as to why that

4 was happening?

5       A       Morale in the office was pretty bad, and

6 scheduling issues weren't very -- the schedule wasn't very

7 attractive to new people coming in.

8       Q       From what you could observe, what was the

9 reason that morale was bad?

10      A       There was quite a bit of, quite a bit of

11 tension, a lot of pressure, which there is in any dispatch

12 operation, but even more so, just very tense and loud

13 atmosphere.

14      Q       Did you observe anything that made it

15 especially tense there?

16      A       There was a lot of pressure on timeliness,

17 dispatching of loads, and at the same time on a reduction of

18 penalty pay.

19      Q       Who was applying that pressure?

20      A       Dick was.

21      Q       Was anyone else?

22      A       I was at night.

23      Q       Was Jeff also applying that pressure?

24      A       Not internal to that operation, no.

25      Q       Was Jeff applying that pressure on Dick and

14

1    A        Yes.  But, as I say, that not necessarily in a

2    harsh way, just that I would agree that two things.  I was

3    concerned that Dick's fuse was too short with some of our

4    supervisors, particularly the newer ones with less

5    experience, out of frustration, which I understood, but --

6    and the other would be, although not to the extent of Steve,

7    that yes, there were some changes that needed to occur to

8    make us more successful and that we didn't seem to be moving

9    in that direction and as quickly as we should.

10   Q        Did you ever hear Jeff criticize Dick's

11   performance?

12   A        I don't know that criticize is the word, but

13   there was concern on his part as well that we weren't moving

14   as quickly as we needed to in the direction that people felt

15   the department needed to go.

16   Q        Did you ever hear Pete Ferguson comment on

17   Dick's job performance?

18   A        No.

19   Q        When did you learn that Dick was being

20   transferred to Norristown?

21   A        I didn't know until he got there.

22   Q        When Dick was sent to Norristown, did your job

23   change, your job title?

24   A        The title -- yes, the title, job title

25   changed.

1    Q        What was the change in the job title?

2    A        It changed to dispatch operations manager.

3    Q        What was the difference in what you did as

4    dispatch operations manager as opposed to your previous job?

5    A        I primarily did most of the same things.  I

6    may not have always been there.  Where I had typically always

7    been there at night, sometimes I was there during the day,

8    depending on when it was needed.  I set my own schedule, more

9    or less.  I did take over signing some of the paperwork and

10   working with the secretary on some of the administrative

11   work, but other than that I made mostly the same decisions

12   that I'd made prior to.

13   Q        Did you take over any of Dick's duties when

14   you got the DOM job?

15            MR. CANDIELLO:  Objection to the form.

16   BY MR. MARKOWITZ:

17   Q        You may answer.

18            MR. CANDIELLO:  You may answer.

19   A        With the exception of the signing of the

20   paperwork and being there probably more, I made more local

21   decisions because I was there more, but my job didn't change

22   drastically.

23   BY MR. MARKOWITZ:

24   Q        Who did you report to after Dick left?

25   A        Jim Kot.

GEIGER & LORIA REPORTING SERVICE - 1-800-222-4577