26
3/14/02
nh

FILED
HARRISBURG, PA

MAR 14 2002

MARY E. D'ANDREA, CLERK
Per _____ nh _____
            Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. WOJEWODZKI | : |
| | : No. 1:CV 01-285 |
| v. | : (Judge Rambo) |
| | : Civil Action |
| CONSOLIDATED FREIGHTWAYS, INC. | : Jury Trial Demanded |

ORDER

AND NOW, TO WIT, it is hereby ordered, adjudged, and decreed that Plaintiff is granted an extension of time until March 15, 2002 in which to file his Response to Defendant's Motion for Summary Judgment.

BY THE COURT,

J. Andrew Smyser
Magistrate Judge