31
4/01/02
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD C. WOJEWODZKI,** | CIVIL NO. 1:CV-01-0285 |
| **Plaintiff** | |
| v. | |
| **CONSOLIDATED FREIGHTWAYS, INC.,** | |
| **Defendant** | |



FILED
APR - 1 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

### O R D E R

In light of the pending motion for summary judgment which is not ripe for consideration, **IT IS HEREBY ORDERED THAT**:

1) The deadline for filing motions in limine, accompanied by supporting briefs, is extended to July 1, 2002.

2) Pretrial memoranda shall be filed on or before **noon on July 25, 2002**, in conformity with the local rules.

3) The pretrial conference is rescheduled from May 3, 2002, to Thursday, August 1, 2002, at 9:00 a.m. in the Judicial Conference Room adjacent to the chambers of Courtroom No. 3.

4) This case is placed on this court's August 2002 trial list. Jury selection for cases on the August will begin at 9:30 a.m. on Monday, August 5, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

5) This case remains referred to Magistrate Judge Smyser for all pretrial matters.

                                                                                     /s/ Sylvia H. Rambo
                                                                                     SYLVIA H. RAMBO
                                                                                     United States District Judge

Dated: April 1, 2002.