IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD C. WOJEWODZKI,** | : CIVIL NO. 1:CV-01-0285 |
| **Plaintiff** | : |
| v. | : **FILED** <br> HARRISBURG, PA |
| **CONSOLIDATED FREIGHTWAYS, INC.,** | : JUN 0 3 2002 |
| **Defendant** | : MARY E. D'ANDREA, CLERK <br> Per_____ Deputy Clerk |

### O R D E R

Before the court is a report and recommendation of the Magistrate Judge. Plaintiff has filed objections to the report and recommendation to which Defendant has responded. The court finds that Defendant's response does not adequately address Plaintiff's objections. Accordingly, **IT IS HEREBY ORDERED THAT** no later than June 17, 2002, Defendant shall file an expanded response which specifically addresses each of Plaintiff's objections.

_____
SYLVIA H. RAMBO
United States District Judge

Dated: June  3 , 2002.