IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RICHARD C. WOJEWODZKI,** : CIVIL NO. 1:CV-01-0285

　**Plaintiff** :

v. :

**CONSOLIDATED FREIGHTWAYS, INC.,** :

　**Defendant** :

**ORDER**



FILED
JUL 1 5 2002
PER_____
HARRISBURG, PA  DEPUTY CLERK

　　Upon consideration of the joint motion for trial continuance, **IT IS HEREBY ORDERED THAT**:

　　1) The motion is granted.

　　2) Pretrial memoranda shall be filed on or before **noon on October 25, 2002,** in conformity with the local rules.

　　3) The pretrial conference is rescheduled from August 1, 2002, to Friday, November 1, 2002, at 11:00 a.m. in the Judicial Conference Room adjacent to the chambers of Courtroom No. 3.

4) This case is removed from the August 2002 trial list and is added to the November 2002 trial list. Jury selection for cases on the November will begin at 9:30 a.m. on Monday, November 4, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

SYLVIA H. RAMBO
United States District Judge

Dated: July 15, 2002.