Michael S. Lurey
Gregory O. Lunt
Shira Roth
LATHAM & WATKINS
633 West Fifth Street. Suite 4000
Los Angeles, CA  90071-2007
Telephone  (213) 485-1234

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD C. WOJEWODZKI, | : | CIVIL ACTION NO. 1:CV 01-285 |
| Plaintiff | : | |
| v. | : | JUDGE SYLVIA H. RAMBO |
| CONSOLIDATED FREIGHTWAYS, INC., | : | |
| Defendant | : | JURY TRIAL DEMANDED |

## NOTICE OF COMMENCEMENT OF CHAPTER 11

PLEASE TAKE NOTICE THAT on September 3, 2002, Consolidated Freightways Corporation and Consolidated Freightways Corporation of Delaware, debtors and debtors-in-possession herein (collectively, the "Debtors"), each filed a voluntary petition for relief under

chapter 11 of the United States Bankruptcy Code, 11 U.S.C.A. § 101 et seq. (collectively the "Petitions") in the United States Bankruptcy Court for the Central District of California, Riverside Division. A copy of the face page of each Petition is attached hereto. Please be advised that 11 U.S.C. § 362 operates as a stay, applicable to all entities, of, among additional items, the commencement or continuation of a judicial, administrative or other action or proceeding against the Debtors that was or could have been commenced before the filing of the Petitions, and the enforcement, against the Debtors or against property of the estate, of a judgment obtained before the commencement of the case. Creditors and plaintiffs may wish to consult an attorney to protect their rights.

                              Respectfully submitted,

                              _____
                              VINCENT CANDIELLO
                              G. SCOTT PATERNO
                              One Commerce Square
                              417 Walnut Street
                              Harrisburg, PA  17101-1904
                              (717) 237-4000

Of Counsel:

   **MORGAN, LEWIS & BOCKIUS LLP**

Dated:   September 13, 2002

Form B1 (Official Form) - (Rev. 3/98)  |  **ORIGINAL**  |  1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (If Individual, enter Last, First, Middle):<br>**Consolidated Freightways Corporation,**<br>**a Delaware corporation** | **Name of Joint Debtor** (Spouse) (Last, First, Middle):<br>**Not applicable** |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>77-0425334 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>16400 SE CF Way<br>Vancouver, Washington 98683 | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code): |
| County of Residence or of the Principal Place of Business: **Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from Street Address): |
| Location of Principal Assets of Business Debtor (If different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☒ This petition is being filed by a corporation or partnership under chapter 11 and the Debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual(s)   ☐ Railroad | | ☐ Chapter 7   ☒ Chapter 11   ☐ Chapter 13 |
| ☒ Corporation   ☐ Stockbroker | | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership   ☐ Commodity Broker | | ☐ Sec. 304 - Case Ancillary to foreign proceeding |
| ☐ Other _____ | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the Court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3 |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors** reported on a consolidated basis with affiliated debtors:

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**Estimated Assets** reported on a consolidated basis with affiliated debtors:

| $0-50,000 | $50,000-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 mil |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**Estimated Debts** reported on a consolidated basis with affiliated debtors:

| $0-50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 mil |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

---

09/03/2002    **FILED**   11:13
**RS02-24289MG**
DEBTOR:
   CONSOLIDATED FREIGHTWAYS CORP
JUDGE: HON. M. Goldberg - 470
TRUSTEE:          CH: 11 (INCOMPLETE)
341A MTG:
ADR:

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 020
RECEIPT NO: RS-022476   $ 830.00

Form B1 (Official Form 1) Page 2 - (Rev. 3)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): CO**N**SOLIDATED FREIGHTWAYS CORPORATION, a Delaware corporation |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br><br>**See Statement of Related Cases filed concurrently herewith** | Case Number: | Date Filed: |
|---|---|---|
| District: **U.S. Bankruptcy Court, Central District of California, Riverside Division** | Relationship: | Judge: |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of Debtor (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>_____<br>Signature of Debtor<br><br>_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone and Fax Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br><br>John P. Brincko<br>Printed Name of Authorized Individual<br><br>President and Chief Executive Officer<br>Title of Authorized Individual<br><br>09/01/02<br>Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X *[signature]*<br>Signature of Attorney for Debtor(s)<br><br>Michael S. Lurey<br>LATHAM & WATKINS<br>633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071-2007<br>Telephone: (213) 485-1234<br>Facsimile No.: (213) 891-8763<br><br>09/01/02      048235<br>Date          Bar Number | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed or Typed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>_____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |
| **Exhibit "A"**<br>(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>X   Exhibit "A" is attached and made a part of this petition. | |
| **Exhibit "B"**<br>To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>_____  _____<br>Signature of Attorney for Debtor(s)         Date | |

Form B1 (Official Form) - (Rev. 3/98)  **ORIGINAL**  1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION | **Voluntary Petition** |
|---|---|
| Name of Debtor (If Individual, enter Last, First, Middle):<br>**Consolidated Freightways Corporation of Delaware, a Delaware corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Not applicable** |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>94-1444797 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>11888 Mission Boulevard<br>Mira Loma, CA 91752 | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Riverside | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from Street Address): |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- X Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this district.
- X This petition is being filed by a corporation or partnership under chapter 11 and the Debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7  X Chapter 11  ☐ Chapter 13 | |
| X Corporation | ☐ Stockbroker | ☐ Chapter 9  ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case Ancillary to foreign proceeding | |
| ☐ Other _____ | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   X Business | X Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the Court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3 |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information (Estimates only)**

- X Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors reported on a consolidated basis with affiliated debtors:

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | X |

Estimated Assets reported on a consolidated basis with affiliated debtors:

| $0-50,000 | $50,000-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 mill |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | X |

Estimated Debts reported on a consolidated basis with affiliated debtors:

| $0-50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 mill |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | X |

```
09/03/2002    **FILED**    10:50
         RS02-24284MG
DEBTOR:
    CONSOLIDATED FREIGHTWAYS CORP
JUDGE: HON. M. Goldberg - 470
TRUSTEE:       CH: 11 (INCOMPLETE)
341A MTG:
ADR:


CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 009
RECEIPT NO: RS-022470  $ 830.00
```

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware corporation |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor. (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>_____<br>Signature of Debtor<br><br>_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone and Fax Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _/s/_____<br>Signature of Authorized Individual<br><br>John P. Brincko<br>Printed Name of Authorized Individual<br><br>Chairman of the Board, President, and Chief Executive Officer<br>Title of Authorized Individual<br><br>09/01/02<br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _/s/ Michael S. Lurey_____<br>Signature of Attorney for Debtor(s)<br><br>Michael S. Lurey<br>LATHAM & WATKINS<br>633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071-2007<br>Telephone: (213) 485-1234<br>Facsimile No.: (213) 891-8763<br><br>09/01/02                    048235<br>Date                          Bar Number | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed or Typed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |

| **Exhibit "A"**<br>(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>**X  Exhibit "A" is attached and made a part of this petition.** | _____<br>Signature of Bankruptcy Petition Preparer |
|---|---|
| **Exhibit "B"**<br>To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>_____    _____<br>Signature of Attorney for Debtor(s)        Date | _____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

LA\934751.2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Commencement of Chapter 11 has been served via U.S. Mail, postage prepaid, on this 13th day of September, 2002, upon the following:

    Lawrence Markowitz
    Markowitz & Krevsky P.C.
    208 E. Market Street
    P.O. Box 382
    York, PA 17405

G. SCOTT PATERNO