IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RICHARD C. WOJEWODZKI,** : CIVIL NO. 1:CV-01-0285

    **Plaintiff** :

    v. :

**CONSOLIDATED FREIGHTWAYS, INC.,** :

    **Defendant** :



**O R D E R**

On September 13, 2002, Defendant filed a notice of advising that it filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Central District of California. Accordingly, **IT IS HEREBY ORDERED THAT:**

    1) The captioned action is stayed.

    2) Counsel shall file a joint report with the court on the status of Defendant's bankruptcy proceedings no later than March 28, 2003.

                                                            _____
                                                              SYLVIA H. RAMBO
                                                               United States District Judge

Dated: September  17, 2002.