## MARKOWITZ & KREVSKY P.C.
ATTORNEYS-AT-LAW

208 EAST MARKET STREET
P.O. BOX 392
YORK, PENNSYLVANIA 17405-0392
(717) 843-2876
Fax (717) 843-1821



ORIGINAL

1101 NORTH FRONT STREET
HARRISBURG, PA 17102
(717) 221-8338
Please direct all correspondence
to the York Office

February 24, 2003

The Honorable Sylvia H. Rambo
US District Court
Middle District of Pennsylvania
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

**FILED**
HARRISBURG, PA

FEB 2 6 2003

MARY E. D'ANDREA, CLE
Per _____

Re:   Richard Wojewodzki v. Consolidated Freightways
      Our file No. 2754
      No. 1:01 CV 285 (Judge Rambo)

Dear Judge Rambo:

The Court has requested a status report on this case by the end of February. My client chose not to file a proof of claim in the Bankruptcy Court in the Central District of California, Riverside division. As such given that the time for filing a proof of claim has expired, no further action is going to be taken on this case.

Accordingly, the Court may take whatever steps are necessary to dismiss the matter due to the defendant's bankruptcy.

Very truly yours,

MARKOWITZ & KREVSKY P.C.

Lawrence S. Markowitz

LSM:sss
cc:   Richard Wojewodzki
cc:   Vincent Candiello, Esquire