IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD C. WOJEWODZKI,** | CIVIL NO. 1:CV-01-0285 |
| **Plaintiff** | |
| v. | |
| **CONSOLIDATED FREIGHTWAYS, INC.,** | |
| **Defendant** | |



## ORDER

On September 13, 2002, Defendant filed a notice advising that it filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Central District of California. Pursuant to this court's order of September 17, 2003, Plaintiff filed a report on the status of Defendant's bankruptcy proceedings. In that report, Plaintiff states that he chose not to file a proof of claim in the Bankruptcy Court and no further action would be taken in the captioned case. Plaintiff further advised the court to dismiss the action.

Upon consideration thereof, **IT IS HEREBY ORDERED THAT**:

1) Plaintiff's status report is deemed to be a motion for voluntary dismissal.

2) The motion is granted and the captioned action is dismissed.

3) The Clerk of Court shall close the file.

SYLVIA H. RAMBO
United States District Judge

Dated: February 27, 2003.